UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION,
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION,
THE NATIONAL SECURITY ARCHIVE
  FUND, INC.,

                Plaintiffs,

  v.

UNITED STATES DEPARTMENT OF
JUSTICE,

                Defendant.

Civil Action No. _____

**CERTIFICATE PURSUANT TO RULE LCvR 7.1**

I hereby certify that the plaintiffs in this matter have no corporate parents, and no publicly held corporation owns 10% or more of the stock of any plaintiff.

                Respectfully submitted,

                /s/_____
                ARTHUR B. SPITZER
                D.C. Bar No. 235960
                American Civil Liberties Union
                of the National Capital Area
                1400 20th Street, NW, Suite 119
                Washington, D.C. 20036
                Phone: (202) 457-0800

                Counsel for plaintiffs American Civil Liberties
                Union, American Civil Liberties Union Foundation,
                and The National Security Archive Fund, Inc.

February 7, 2006