UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street<br>New York, NY 10004,<br><br>    and<br><br>AMERICAN CIVIL LIBERTIES UNION<br>     FOUNDATION<br>125 Broad Street<br>New York, NY 10004,<br><br>    and<br><br>THE NATIONAL SECURITY ARCHIVE<br>FUND, Inc.<br>The George Washington University<br>Gelman Library, Suite 701<br>2130 H Street, N.W.<br>Washington, D.C.  20037<br><br>       Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF<br>     JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>       Defendant. | Civil Action No. _____ |

**[PROPOSED] ORDER**

Upon the Motion of Plaintiffs to Consolidate, it is hereby:

ORDERED that plaintiffs' motion is GRANTED and that this case is consolidated with

*Electronic Privacy Information Center v. Department of Justice*, Civil Action No. 06-0096

(HHK).

Dated: _____          _____

                                   United States District Judge