UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

Plaintiffs,

v.                                              No. 06-cv-0214 (HHK)

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

### DECLARATION OF JESSICA LANGLEY

I, Jessica Langley, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I made service of process upon the defendants in the above-captioned action as follows:

    (a) Upon the Attorney General of the United States, by hand-delivering a copy to his agent, Mr. David Burroughs, Contractor Supervisor of the Mailroom at the United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C., on February 7, 2006.

    (b) Upon the United States Attorney for the District of Columbia, by hand-delivering a copy to his agent, Ms. Lori Cox, Legal Assistant at 501 3rd Street, N.W., Washington, D.C., on February 7, 2006.

    (c) Upon the United Sates Department of Justice, by hand-delivering a copy to Mr. David Burroughs, Contractor Supervisor of the Mailroom at the United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C., on February 7, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of February, 2006.

_____
Jessica Langley