UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 06-cv-0214 (HHK) |

**MOTION FOR ADMISSION, *PRO HAC VICE,* OF**
**ANN BEESON AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Ann Beeson, an attorney with the National Legal Department of the American Civil Liberties Union in New York, as additional counsel for plaintiffs in this case. Ms. Crump is a member of the Texas bar.

Her declaration is filed herewith, as required by Local Civil Rule 83.2(d).

Wherefore the motion should be granted.

Respectfully submitted,

/s/
_____
Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs

February 8, 2006