UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES DEPARTMENT OF JUSTICE, <br><br>　　　　　　　Defendant. | No. 06-cv-0214 (HHK) |

**MOTION FOR ADMISSION, *PRO HAC VICE,* OF
CATHERINE CRUMP AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

　　Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Catherine Crump, an attorney with the National Legal Department of the American Civil Liberties Union in New York, as additional counsel for plaintiffs in this case. Ms. Crump is a member of the California bar.

　　Her declaration is filed herewith, as required by Local Civil Rule 83.2(d).

　　Wherefore the motion should be granted.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Arthur B. Spitzer
　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 235960
　　　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　　　　　　　　　　　　　　of the National Capital Area
　　　　　　　　　　　　　　　　　　　　　　1400 20th Street, N.W. #119
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　(202) 457-0800

　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

February 8, 2006