IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 06-0096 (HHK) |
| v. | ) ) | |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) ) | |

[PROPOSED] ORDER

The Court, having fully considered the Defendant's Unopposed Motion for a Partial Stay of the Court's February 16, 2006, Order Pending Resolution of the Defendant's Forthcoming Motion Seeking Relief from That Order, and finding that Motion to be well-taken, hereby ORDERS that defendant's Motion is GRANTED.  Operation of the Court's February 16, 2006, Order is hereby stayed with respect to documents maintained by the Office of Intelligence and Policy Review and with respect to the classified documents maintained by the Office of Legal Counsel, with the stay to expire three days following the Court's resolution of the defendant's forthcoming motion seeking relief from the February 16, 2006, Order, unless otherwise ordered by the Court.  The parties' joint request for expedited review of defendant's forthcoming motion is also GRANTED.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE