UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 03-2522 (ESH) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Pursuant to the status conference held on the 20th of May, 2004 it is hereby

**ORDERED** that defendant shall produce documents and accompanying *Vaughn* indexes responsive to plaintiff's Freedom of Information Act request in two phases. The first production shall consist of responsive documents that do not require review for potential withholding under Exemption 1, and shall take place on or before June 11, 2004. The second production shall address the remainder of the responsive documents and shall take place on or before July 9, 2004. It is

**FURTHER ORDERED** that defendant shall file a summary judgment motion on or before August 2, 2004; plaintiffs shall file a cross-motion for summary judgment and/or opposition to defendant's motion on or before August 23, 2004; defendant shall file an opposition to plaintiffs' cross-motion on or before September 13, 2004 (or a reply to plaintiff's

opposition on or before September 2, 2004); and, if necessary, plaintiffs shall file a reply to defendant's opposition on or before September 23, 2004.

**SO ORDERED.**

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:  May 21, 2004