**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COZEN O'CONNOR**, | : | **CIVIL ACTION** |
| **a professional corporation** | : | |
| | : | |
| **v.** | : | **NO. 05-4332** |
| | : | |
| **UNITED STATES DEPARTMENT** | : | |
| **OF TREASURY** | : | |

## ORDER

**AND NOW**, this 12th day of January, 2006, upon consideration of the proposed Orders of the Parties (Document Nos. 18 and 19) and after conferring with counsel for the parties, it is **ORDERED** as follows:

1.      No later than **January 17, 2006**,  Cozen O'Connor ("Cozen") shall send the United States Department of Treasury ("Treasury"), via overnight mail,  its check for initial processing fees in the sum of $86,765.18, for Cozen's Freedom of Information Act ("FOIA") request for the 87 individuals and entities identified in its July 30, 2003 FOIA request as amended by its November 11, 2005 correspondence to Treasury ("November 11, 2005 list").  A copy of the list is attached as Exhibit "A."  In addition to search and processing costs, Treasury will deduct any duplication costs from the initial processing fees.

2.      Treasury shall inform Cozen when additional payment of fees is necessary to continue the search and processing of the request and provide an estimate of the additional costs.  If Cozen elects to proceed, it shall send Treasury a check for those fees, via overnight mail, within 72 hours of Treasury's notice of the additional payment of fees.

3.      No later than **February 17, 2006**, Treasury shall produce the following unclassified administrative records to the extent they were previously released, subject to any claimed exemptions under the FOIA which will be identified by Treasury to Cozen by

the date of production: Benevolence International Foundation; Holy Land Foundation; Al Haramain; and Aqeel al Aqeel.

4.      Treasury shall ascertain promptly whether it has publicly produced documents for any of the remaining 87 entities and individuals identified in Cozen's November 11, 2005 list, and if so, Treasury shall give priority processing for these previously produced documents.

5.      As for the remainder of entities or individuals on the November 11, 2005 list, Treasury shall produce to Cozen all non-exempt responsive documents as they are identified, on a rolling basis, throughout 2006.

6.      Treasury shall make full and final production of the responsive documents to Cozen no later than **November 3, 2006**.

7.      Cozen shall endeavor to reduce the number of entities and individuals on the November 11, 2005 list and limit the types of documents sought from Treasury for each entity or individual on the list.

8.      Treasury shall provide the Court and Cozen with quarterly status reports regarding its search, processing and production efforts for the November 11, 2005 list, commencing **April 1, 2006**.

9.      No later than **December 8, 2006**, Treasury shall file its motion for partial summary judgment, if any, with respect to any claimed exemptions it asserts.

10.     No later than **December 29, 2006**, Cozen shall file its response to Treasury's motion for partial summary judgment.

11.     No later than **January 9, 2007**, Treasury shall file its reply memorandum in support of its motion for partial summary judgment.

12.    Treasury shall notify the Court immediately when it becomes aware of any action brought under FOIA for the same information, in whole or in part, that is included in the November 11, 2005 list.

_____/s/_____
TIMOTHY J. SAVAGE, J.

# EXHIBIT A - <u>COMPLETE LIST OF ENTITIES SUBJECT TO FOIA REQUEST</u>

1.      The Islamic Republic of Iran

2.      Republic of Iraq

3.      The Republic of the Sudan

4.      Syrian Arab Republic

5.      al Qaeda

6.      Asbat al-Ansar

7.      Al Gama'a al-Islamiyya

8.      Egyptian Islamic Jihad

9.      Salafist Group for Call and Combat

10.     Lashkar I Janghvi

11.     Lashkar-e Tayyiba

12.     Jemaah Islamiya Organization

13.     Lebanese Hezbollah

14.     Usama bin Laden

15.     Muhammad Atif a/k/a Subhi Sitta a/k/a Abu Hafs al-Masri

16.     Ayman al-Zawahiri

17.     Makhtab al-Khidamat a/k/a Al-Khifaf

18.     Al-Rashid Trust

19.     Nurjaman Riduan Ismuddin a/k/a Hambali

20.     Benevolence International Foundation

21.     Benevolence International  Fund

22.     Bosanska Idealna  Futura

23.     Global Relief Foundation a/k/a Foundation Secours Mondial

24.     Ramzi Binalshibh

25. Wa'el Hamza Julaidan a/k/a Al-Hasan al Madani

26. Habib Waddani

27. Akida Bank Private Limited

28. Akida Investment Co. Ltd.

29. Nasreddin Group International Holding Ltd.

30. Nasco Nasreddin Holding A.S.

31. Nascotex S.A.

32. Nasreddin Foundation

33. BA Taqwa for Commerce and Real Estate Company Ltd.

34. Miga - Malaysian Swiss, Gulf and African Chamber

35. Gulf Center S.R.L.

36. Nascoservice S.R.L.

37. Nasco Business Residence Center SAS Di Nasreddin Ahmed Idris EC

38. Nasreddin Company Nasco SAS Di Ahmed Idris Nassneddin EC

39. Nada International Anstalt

40. Nasreddin International Group Limited Holding

41. The Aid organization of the Ulema

42. Ahmed Idris Nasreddin

43. Youssef Nada

44. Somalia Branch of the Al-Haramain Islamic Foundation

45. Bosnia-Herzegovina branch of Al-Haramain Islamic Foundation

46. Al-Barakaat

47. Al Taqwa/Nada Group

48. Al Barakaat Bank

49. Al-Barakat Finance Group

50. Al-Barakat Financial Holding Co.

51.   Al-Barakat Investments

52.   ASAT Trust

53.   Bank of Taqwa Limited

54.   Barakaat Boston

55.   Barakaat Group of Companies

56.   Barakaat International

57.   Barakaat International, Inc.

58.   Barakaat North America, Inc.

59.   Nada Management Organization

60.   Somalia International   Relief Organization

61.   Youssef M. Nada & Co. Gesellschaft MBH

62.   Youssef M. Nada

63.   Albert Fredrich Armand Huber

64.   Yasin Al-Qadi a/k/a Shaykh Yassin Abdullah Kadi a/k/a Yasin Kahdi

65.   Khalid Shaikh Mohammed a/k/a Salem Ali a/k/a Fahd Bin Abdallah Bin Khalid a/k/a Ashraf Refaat Nabith Henin a/k/a Khalid Adbul Wadood

66.   Rabita Trust

67.   Ansar al-Islam (AI) a/k/a Jund al-Islam

68.   Holy Land Foundation

69.   Al Haramain

70.   Aqeel al Aqeel

71.   Saudi Joint Relief Committee for Kosovo and Chechnya

72.   Saudi Red Crescent

73.   Saudi High Commission for Bosnia and Herzegovina

74.   International Islamic Relief Organization

75.   World Assembly of Muslim Youth

76.   Muslim World League

77.   Al Rajhi Banking and Investment Co.

78.   National Commercial Bank

79.   Dar Al-Maal Al-Islami Trust

80.   DMI Administrative Services SA

81.   Faisal Islamic Bank

82.   Faisal Finance S.A.

83.   Al Shamal Bank

84.   Tadamon Islamic Bank

85.   Soliman Al-Buthe

86.   Islamic Investment Company of the Gulf

87.   Shamil Bank of Bahrain