APPEAL, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-04151-AKH

American Civil Liberties Union et al v. Department of Defense et al
Assigned to: Judge Alvin K. Hellerstein
Related Case: 1:05-cv-09620-AKH
Cause: 05:552 Freedom of Information Act

Date Filed: 06/02/2004
Jury Demand: None
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**American Civil Liberties Union**                    represented by    **Lawrence S. Lustberg**
Gibbons, Del Deo, Dolan, Griffinger & Vecchione (Newark)
1 Riverfront Plaza
Newark, NJ 07102
973-596-4731
Fax: 973-639-6285
Email: llustberg@gibbonslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence S. Lustberg**
Gibbons, Del Deo et al.
One Riverfront Plaza
Newark, NJ 07102-5497
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetrios Christos Batsides**
Gibbons, Del Deo, Griffinger & Vecchione, P.C.,(NJ)
1 Riverfront Plaza
Newark, NJ 07102
(973) 596 4859
Fax: (973) 639-6392
Email: dbatsides@gibbonslaw.com
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Lewis**
Gibbons, Del Deo, Griffinger & Vecchione, P.C.,(NJ)
1 Riverfront Plaza
Newark, NJ 07102
(973)-596-4497
Fax: (973)-639-8317

Email: mlewis@gibbonslaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer Ching**
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione (Newark)
1 Riverfront Plaza
Newark, NJ 07102
(973) 596-4721
Fax: (973) 639-8330
Email: jching@gibbonslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Center for Constitutional Rights, Inc.**          represented by   **Lawrence S. Lustberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetrios Christos Batsides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Ching**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S. Lustberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Physicians for Human Rights**          represented by   **Lawrence S. Lustberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetrios Christos Batsides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Ching**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S. Lustberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Veterans for Common Sense**                     represented by     **Lawrence S. Lustberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetrios Christos Batsides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Ching**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S. Lustberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Veterans for Peace**                     represented by     **Lawrence S. Lustberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetrios Christos Batsides**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Elizabeth Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Ching**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence S. Lustberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Department of Defense**
*and its componets Department of Army,*
*Department of Navy, Department of Air*
*Force, Defense Intelligence Agency*

represented by  **Heather Kirsten McShain**
U.S. Attorney's Office, SDNY (86
Chambers St.)
86 Chambers Street
New York, NY 10007
212-637-2200
Fax: 212-637-2686
Email: Heather.McShain@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Peter M. Skinner**
U.S. Attorney's Office, SDNY (St
Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2601
Fax: (212) 637-2730
Email: peter.skinner@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Sean H. Lane**
U.S. Attorney's Office, SDNY (86
Chambers St.)
86 Chambers Street
New York, NY 10007
(212) 637-2200
Fax: (212) 637-2717
Email: sean.lane@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department Of Homeland Security**

represented by  **Sean H. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department Of Justice**
*and its Compnents Civil Rights*
*Division, Criminal Division, Office of*
*Information and Privacy, Office of*
*Intelligence, Policy amd Review,*
*Federal Bureau of Investigation*

represented by  **Sean H. Lane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of State**

represented by  **Sean H. Lane**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Central Intelligence Agency**                represented by **Peter M. Skinner**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Sean H. Lane**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Department of the Army**

**Defendant**

**Federal Bureau Of Investigation**           represented by **Heather Kirsten McShain**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**Advance Publications, Inc.**                 represented by **David Brian Smallman**
                                                DLA Piper Rudnick Gray Cary US LLP
                                                (NYC)
                                                1251 Avenue of the Americas
                                                New York, NY 10020
                                                (212)-826-5580
                                                Fax: (212)-593-9175
                                                Email: dsmallman@fkks.com
                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**American Society of Newspaper**             represented by **David Brian Smallman**
**Editors**                                     (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**CBS Broadcasting, Inc.**                     represented by **David Brian Smallman**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**CBS Broadcastings, Inc.**                    represented by **David Brian Smallman**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**Investigative Reporters and Editors,**       represented by **David Brian Smallman**
**Inc.**                                        (See above for address)
                                                *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**NBC Universal, Inc.**                          represented by **David Brian Smallman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**Reporters Committee for Freedom of**           represented by **David Brian Smallman**
**the Press**                                    (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The E.W. Scripps Company**                     represented by **David Brian Smallman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The Hearst Corporation**                       represented by **David Brian Smallman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The National Newspaper Association**           represented by **David Brian Smallman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The New York Times Co.**                       represented by **David Brian Smallman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The Newspaper Guild-CWA**                      represented by **David Brian Smallman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The Radio-Television News Directors**          represented by **David Brian Smallman**
**Association**                                  (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The Society of Professional**                  represented by **David Brian Smallman**
**Journalists**                                  (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>Amicus</u>

**The Tribune Company**                   represented by **David Brian Smallman**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**American Legion**                       represented by **Charles Gardner Mills**
                                                        Charles G. Mills
                                                        56 School Street
                                                        Glen Cove, NY 11542
                                                        (516)-759-4300
                                                        Fax: (516)-759-4329
                                                        Email:
                                                        charles.mills.pc.62@aya.yale.edu
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2004 | 1 | COMPLAINT against Central Intelligence Agency, Department Of Homeland Security, Department Of Justice, Department of Defense, Department of State. (Filing Fee $ 150.00, Receipt Number 510269) Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace.(gf, ) Additional attachment(s) added on 6/7/2004 (gf, ). (Entered: 06/03/2004) |
| 06/02/2004 | | SUMMONS ISSUED as to Central Intelligence Agency, Department Of Homeland Security, Department Of Justice, Department of Defense, Department of State. (gf, ) (Entered: 06/03/2004) |
| 06/02/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (gf, ) (Entered: 06/03/2004) |
| 06/02/2004 | | Case Designated ECF. (gf, ) (Entered: 06/03/2004) |
| 06/29/2004 | | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) affidavit of service by Lawrence S. Lustberg, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (snu, ) (Entered: 07/02/2004) |
| 07/06/2004 | 2 | FIRST MOTION for Preliminary Injunction. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Ching, Jennifer) (Entered: 07/06/2004) |
| 07/06/2004 | 3 | MOTION for Preliminary Injunction. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Ching, Jennifer) (Entered: 07/06/2004) |
| 07/06/2004 | 4 | MOTION for Preliminary Injunction. Document filed by American Civil |

| | | |
|---|---|---|
| | | Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit)(Ching, Jennifer) (Entered: 07/06/2004) |
| 07/06/2004 | 5 | FIRST AMENDED COMPLAINT against all defendants.Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Attachments: # 1 Supplement)(Ching, Jennifer) (Entered: 07/06/2004) |
| 07/06/2004 | | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) notice of motion and declaration by Lawrence Lustberg, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF System. (snu, ) (Entered: 07/09/2004) |
| 07/28/2004 | 6 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sean H. Lane dated 7/22/04. Defendants' time to respond to the amended complaint is extended to 7/30/04. Defendants' Response to plaintiffs' motion for preliminary injunction due by 7/30/2004. Reply due by 8/6/2004. Oral Argument set for 8/12/2004 03:00 PM before Judge Alvin K. Hellerstein. (Signed by Judge Alvin K. Hellerstein on 7/27/04) (kw, ) (Entered: 07/28/2004) |
| 07/28/2004 | | Set Answer Due Date purs. to 6 Endorsed Letter,, Set Scheduling Order Deadlines, as to Central Intelligence Agency answer due on 7/30/2004; Department Of Homeland Security answer due on 7/30/2004; Department Of Justice answer due on 7/30/2004; Department of Defense answer due on 7/30/2004; Department of State answer due on 7/30/2004. (kw, ) (Entered: 07/28/2004) |
| 07/30/2004 | 7 | ANSWER to Amended Complaint. Document filed by Central Intelligence Agency, Department Of Homeland Security, Department Of Justice, Department of Defense, Department of State. Related document: 5 Amended Complaint, filed by Center for Constitutional Rights, Inc., American Civil Liberties Union, Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace.(Lane, Sean) (Entered: 07/30/2004) |
| 07/30/2004 | 8 | MEMORANDUM OF LAW in Opposition re: 2 FIRST MOTION for Preliminary Injunction., 3 MOTION for Preliminary Injunction., 4 MOTION for Preliminary Injunction.. Document filed by Central Intelligence Agency, Department Of Homeland Security, Department Of Justice, Department of Defense, Department of State. (Lane, Sean) (Entered: 07/30/2004) |
| 07/30/2004 | 9 | FILING ERROR - DEFICIENT DOCKET ENTRY - DECLARATION of Sean H. Lane in Opposition re: 2 FIRST MOTION for Preliminary Injunction., 3 MOTION for Preliminary Injunction, 4 MOTION for Preliminary Injunction. Document filed by Central Intelligence Agency, |

| | | |
|---|---|---|
| | | Department Of Homeland Security, Department Of Justice, Department of Defense, Department of State. (Lane, Sean) Modified on 8/6/2004 (kg, ). (Entered: 07/30/2004) |
| 07/30/2004 | 10 | DECLARATION of Sean H. Lane in Opposition re: 2 FIRST MOTION for Preliminary Injunction., 3 MOTION for Preliminary Injunction., 4 MOTION for Preliminary Injunction.. Document filed by Central Intelligence Agency, Department Of Homeland Security, Department Of Justice, Department of Defense, Department of State. (Attachments: # 1 Exhibits to Lane Declaration)(Lane, Sean) (Entered: 07/30/2004) |
| 07/30/2004 | 11 | DECLARATION of C. Y. Talbott in Opposition re: 2 FIRST MOTION for Preliminary Injunction., 3 MOTION for Preliminary Injunction., 4 MOTION for Preliminary Injunction.. Document filed by Central Intelligence Agency, Department Of Homeland Security, Department Of Justice, Department of Defense, Department of State. (Lane, Sean) (Entered: 07/30/2004) |
| 08/06/2004 | 12 | FIRST REPLY MEMORANDUM OF LAW in Support re: 2 FIRST MOTION for Preliminary Injunction.. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Attachments: # 1 Exhibit Exhibits 14-16# 2 Affidavit Certification of Service)(Ching, Jennifer) (Entered: 08/06/2004) |
| 08/17/2004 | 13 | STIPULATION AND ORDER: regarding the procedures that will govern the documents sought by the plaintiffs in their October 2003 and May 2004 FOIA requests. (Signed by Judge Alvin K. Hellerstein on 8/17/04) (kw, ) (Entered: 08/18/2004) |
| 09/07/2004 | 14 | ENDORSED LETTER addressed to Judge Hellerstein from Jennifer Ching dated 08/30/04 re: counsel is granted an extension of two days to complete the negotiation of a FOIA processing schedule. The parties will send their completed order to the Court by close of business on Wednesday, 09/01/04; (Signed by Judge Gerard E. Lynch - Part I on 8/31/04) (djc, ) Modified on 9/8/2004 (djc, ). (Entered: 09/08/2004) |
| 09/07/2004 | 15 | ENDORSED LETTER addressed to Judge Hellerstein from Jennifer Ching dated 09/02/04 re: the conference is adjourned to Friday, September 10 at 11:00 a.m.. (Signed by Judge Alvin K. Hellerstein on 9/7/04) (djc, ) (Entered: 09/08/2004) |
| 09/15/2004 | 16 | OPINION AND ORDER #90641: I order that by 10/15/04 defendants must produce or identify all responsive documents as set forth in this document. The parties shall appear on 10/25/04 for a status conference. (Signed by Judge Alvin K. Hellerstein on 9/15/04) (kw, ) Modified on 10/28/2004 (ae, ). (Entered: 09/15/2004) |
| 09/21/2004 | 17 | TRANSCRIPT of proceedings held on 9/10/04 before Judge Alvin K. Hellerstein.(pa, ) (Entered: 09/21/2004) |
| 10/19/2004 | 18 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT (Letter) - STATUS REPORT. *Government Report on* |

| | | |
|---|---|---|
| | | *Compliance with September 15, 2004 Order and Request for Limited Relief from that Order* Document filed by Central Intelligence Agency, Department Of Justice, Department of Defense, Department of State. (Skinner, Peter) Modified on 5/9/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 19 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Marilyn A. Dorn in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Central Intelligence Agency.(Skinner, Peter) Modified on 5/9/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 20 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Scott A. Koch in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Central Intelligence Agency.(Skinner, Peter) Modified on 5/9/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 21 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Stewart F. Aly in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department of Defense.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 22 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Margaret B. Baines in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department of Defense.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 23 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Brian S. Kinsey in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department of Defense.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 24 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Philip J. McGuire in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department of Defense.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 25 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Samuel W. Morris in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department of Defense.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 26 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Robert Storer in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department of Defense.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |

| 10/19/2004 | 27 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *First Declaration of Margaret P. Grafeld in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department of State. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10)(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |
|---|---|---|
| 10/19/2004 | 28 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Second Declaration of Margaret P. Grafeld in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department of State.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |
| 10/19/2004 | 29 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Keith R. Gehle in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department Of Justice.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/19/2004) |
| 10/20/2004 | 30 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of Steven G. Bradbury in Support of Government's Report on Compliance and Request for Limited Relief* Document filed by Department Of Justice.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/20/2004) |
| 10/20/2004 | 31 | CERTIFICATE OF SERVICE of Government Report on Compliance and Request for Limited Relief and Accompanying Declarations served on ACLU, et al. on 10/16/2004. Document filed by Central Intelligence Agency, Department Of Justice, Department of Defense, Department of State. (Skinner, Peter) (Entered: 10/20/2004) |
| 10/25/2004 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Status Conference held on 10/25/2004. (jeh, ) (Entered: 10/28/2004) |
| 10/26/2004 | 32 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - STATUS REPORT. *Second Government Report on Compliance with September 15, 2004 Order* Document filed by Central Intelligence Agency, Department Of Justice, Department of Defense, Department of State.(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/26/2004) |
| 10/26/2004 | 33 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - STATUS REPORT. *Declaration of David M. Hardy in Support of Second Government Report on Compliance with September 15, Order* Document filed by Department Of Justice. (Attachments: # 1 Exhibit A)(Skinner, Peter) Modified on 5/10/2005 (st, ). (Entered: 10/26/2004) |
| 10/26/2004 | 34 | CERTIFICATE OF SERVICE of Second Government Report on Compliance and Accompanying Declaration served on ACLU, et al. on 10/22/2004. Document filed by Department Of Justice. (Skinner, Peter) (Entered: 10/26/2004) |

| 11/01/2004 | 35 | ORDER as to plaintiffs' Freedom of Information Act demands dated 8/16/04: plaintiffs, by 10/29/04, shall identify the issues they believe are ripe for summary judgment; the parties shall then file motions and supporting and opposing papers according to a schedule to which they mutually agree; as to all outstanding documents responsive to plaintiffs' FOIA demands dated 8/16/04, unless specifically directed otherwise herein, defendants shall provide substantially complete responses by 11/8/04, subject to good faith exception as to any documents not capable of identification and response by said date; as to defendant Department of Defense: defendant shall provide substantially complete responses to all other pending FOIA demands by plaintiffs by 1/31/05, and partial responses to all other pending FOIA demands by plaintiffs by 1/31/05, and partial responses, at a rate reflecting identification and review of at least 10,000 pages per month, by 11/30/04 and 12/31/04, etc. as further set forth in this Order. The parties shall appear on 11/16/04 at 4 p.m. for the next status and case management conference. So Ordered. (Signed by Judge Alvin K. Hellerstein on 10/25/04) (jco) (Entered: 11/03/2004) |
| 11/05/2004 | 36 | TRANSCRIPT of proceedings held on 10/25/04 before Judge Alvin K. Hellerstein.(Belfiore, John) (Entered: 11/05/2004) |
| 11/08/2004 | 37 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Peter M. Skinner dated 11/4/04 re: the C.I.A. requests the following briefing schedule: C.I.A.'s motion papers due 11/10/04; opposition papers due 11/19/04 and reply papers due 12/1/04. Application GRANTED. (Signed by Judge Alvin K. Hellerstein on 11/8/04) (db, ) (Entered: 11/09/2004) |
| 11/08/2004 |  | Set/Reset Deadlines: Motions due by 11/10/2004. Replies due by 12/1/2004. Responses due by 11/19/2004 (db, ) (Entered: 11/09/2004) |
| 11/10/2004 | 38 | MOTION to Stay *the Court's September 15, 2004 Order*. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 11/10/2004) |
| 11/11/2004 | 39 | MEMORANDUM OF LAW in Support re: 38 MOTION to Stay *the Court's September 15, 2004 Order*.. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 11/11/2004) |
| 11/11/2004 | 40 | DECLARATION of Mona B. Alderson in Support re: 38 MOTION to Stay *the Court's September 15, 2004 Order*.. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 11/11/2004) |
| 11/11/2004 | 41 | CERTIFICATE OF SERVICE of Papers in Support of Motion for Limited Relief from September 15, 2004 Order served on ACLU, et al. on November 10, 2004. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 11/11/2004) |
| 11/18/2004 | 42 | TRANSCRIPT of proceedings before Judge Alvin K. Hellerstein. (Martin, Leslie) (Entered: 11/18/2004) |
| 11/29/2004 | 43 | MEMORANDUM OF LAW in Opposition re: 38 MOTION to Stay *the Court's September 15, 2004 Order*.. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for |

| | | |
|---|---|---|
| | | Human Rights, Veterans for Common Sense, Veterans for Peace. (Lustberg, Lawrence) (Entered: 11/29/2004) |
| 12/06/2004 | 44 | ORDER; by December 30, 2004, plaintiffs shall file their motion for summary judgment regarding selected documents on plaintiffs' list of seventy items dated August 16, 2004 as set forth in plaintiffs' letter dated October 29, 2004; Government's opposition due by 01/28/05; Plaintiffs shall file their reply by 02/11/05; defendants shall file their reply brief in support of any cross motion by 02/25/05... By December 15, 2004, the Government shall serve upon plaintiffs a final administrative response to plaintiffs' FOIA requests, together with any responsive documents appropriate for release, on behalf of the FBI and CIA;...the Court will hold a conference with the parties on February 22, 2005 at 4:00 p.m. to resolve any remaining issues; (Signed by Judge Alvin K. Hellerstein on 12/2/04) (djc, ) (Entered: 12/06/2004) |
| 12/08/2004 | 45 | REPLY MEMORANDUM OF LAW in Support re: 38 MOTION to Stay *the Court's September 15, 2004 Order*.. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 12/08/2004) |
| 12/20/2004 | | MEMORANDUM TO THE DOCKET CLERK: Oral Argument held on 12/20/04 on motion for CIA application limited relief from 09/15/04 order (djc, ) (Entered: 01/04/2005) |
| 01/06/2005 | 46 | TRANSCRIPT of proceedings held on 12/20/04 (jog, ) (Entered: 01/06/2005) |
| 01/13/2005 | 47 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION for Summary Judgment , *Partial*. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Attachments: # 1 Memorandum of Law in Support# 2 Exhibit A-C# 3 Exhibit D-H# 4 Exhibit I-L# 5 Exhibit M# 6 Exhibit N, part one# 7 Exhibit N, part 2# 8 Exhibit O-Q)(Batsides, Demetrios) Modified on 9/21/2005 (sn). (Entered: 01/13/2005) |
| 01/18/2005 | 48 | MOTION for Partial Summary Judgment. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Attachments: # 1 Memorandum of Law in Support# 2 Exhibit A-C# 3 Exhibit D-H# 4 Exhibit I-L# 5 Exhibit M# 6 Exhibit N, part one# 7 Exhibit N, part two# 8 Exhibit O-Q)(Lustberg, Lawrence) (Entered: 01/18/2005) |
| 02/01/2005 | 49 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sean H. Lane dated 1/28/05 re: counsel request an extension of time for the Department of Defense to complete its processeing and production of all documents responsive to plaintiffs's FOIA requests in this case. Defendant shall continue its rate of proceedings, but in volumes at least 15% greater than in previous months. (Signed by Judge Alvin K. Hellerstein on 2/1/05) (sac, ) (Entered: 02/02/2005) |
| 02/02/2005 | 50 | OPINION AND ORDER #91205 re: I deny the CIA's motion for a stay |

| | | |
|---|---|---|
| | | of its obligation to comply with my Opinion and Order of 9/15/04. The CIA shall search and review in response to plaintiffs' FOIA requests, as described in my Opinion and Order of 9/15/04. If the parties cannot comply with the schedule for filing summary judgment papers heretofore ordered, they shall propose a revised schedule by joint letter to be submitted by 2/12/05; 38 MOTION to Stay, the Court's September 15, 2004 Order, filed by Central Intelligence Agency,. (Signed by Judge Alvin K. Hellerstein on 2/2/05) (sac, ) Modified on 2/14/2005 (snu, ). (Entered: 02/02/2005) |
| 02/08/2005 | 51 | MOTION to Stay re: 50 Memorandum & Opinion,, *Pending Consideration of Appeal*. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 02/08/2005) |
| 02/08/2005 | 52 | MEMORANDUM OF LAW in Support re: 51 MOTION to Stay re: 50 Memorandum & Opinion,, *Pending Consideration of Appeal*.. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 02/08/2005) |
| 02/15/2005 | 56 | ENDORSED LETTER addressed to Judge Alvin H. Hellerstein from Saen H. Lane dated 2/11/05 re: Counsel writes to propose the following schedule Government's opposition and cross motion 2/24/05; plaintiffs' opposition and reply brief; Government's reply brief 3/24/05. And for the Court to grant the parties an extension of time to submit their summary judgment papers in accordance with the proposed schedule. So Ordered. (Signed by Judge Alvin K. Hellerstein on 2/15/05) (jco, ) (Entered: 02/18/2005) |
| 02/16/2005 | 53 | MOTION for Reconsideration re; 50 Memorandum & Opinion,,. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 02/16/2005) |
| 02/16/2005 | 54 | MEMORANDUM OF LAW in Support re: 53 MOTION for Reconsideration re; 50 Memorandum & Opinion,,.. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 02/16/2005) |
| 02/16/2005 | 55 | DECLARATION of Marilyn A. Dorn in Support re: 53 MOTION for Reconsideration re; 50 Memorandum & Opinion,,.. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 02/16/2005) |
| 02/18/2005 | 57 | ORDER denying 51 Motion to Stay . (Signed by Judge Alvin K. Hellerstein on 2/18/2005) (jp, ) (Entered: 02/23/2005) |
| 02/18/2005 | 58 | ORDER REGULATING PROCEDURES; re: 53 MOTION for Reconsideration: Responses due by 2/25/2005; the issues will be heard on 3/4/2005 at 2:00 p.m. (Signed by Judge Alvin K. Hellerstein on 2/18/2005) (jp, ) (Entered: 02/23/2005) |
| 02/18/2005 | 60 | ORDER that plntfs are instructed to file their opposition, if any, to this newest submission by 2/25/05. The issues will be heard on 3/4/05 at 2 pm. (Signed by Judge Alvin K. Hellerstein on 2/18/05) (cd, ) (Entered: 03/01/2005) |

| | | |
|---|---|---|
| 02/23/2005 | 63 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sean H. Lane dated 2/22/05 re: Gov't opposition and cross motion due 3/10/05; Plaintiffs' opposition and reply brief; Gov't reply brief due 4/7/05. (Signed by Judge Alvin K. Hellerstein on 2/23/05) (pl, ) (Entered: 03/04/2005) |
| 02/24/2005 | 59 | FIRST MEMORANDUM OF LAW in Opposition re: 53 MOTION for Reconsideration re; 50 Memorandum & Opinion,,. *Opposition to Defendant CIA's Motion for Partial Relief*. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Lustberg, Lawrence) (Entered: 02/24/2005) |
| 02/25/2005 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Status Conference held on 2/25/2005. (db, ) (Entered: 03/03/2005) |
| 02/28/2005 | 62 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Lawrence S. Lustberg dated 2/18/05 re: the parties shall meet face to face and confer. Issues notcompromised can be advised to me at the argument of 3/4/05. (Signed by Judge Alvin K. Hellerstein on 2/25/05) (pl, ) (Entered: 03/04/2005) |
| 03/01/2005 | 64 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein. from Sean H. Lane dated 2/28/05 re: granting requests for a 3 day extension ot time for the dfts dept. of defense to compelte its processing obligations for the month of February. (Signed by Judge Alvin K. Hellerstein on 3/1/05) (pl, ) (Entered: 03/04/2005) |
| 03/02/2005 | 61 | REPLY MEMORANDUM OF LAW in Support re: 53 MOTION for Reconsideration re; 50 Memorandum & Opinion,,... Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 03/02/2005) |
| 03/09/2005 | 65 | DECLARATION of Marilyn Dorn in Support re: 53 MOTION for Reconsideration re; 50 Memorandum & Opinion,,... Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 03/09/2005) |
| 03/10/2005 | 66 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sean Lane dated 3/9/05 re: counsel for the government requests an 11 day extension of time until 3/21/05 for the government to respond to plaintiffs' motion for partial summary judgment and cross motion; plaintiffs' opposition and reply brief 4/4/05; government's reply brief 4/18/05. Motion granted. (Signed by Judge Alvin K. Hellerstein on 3/9/05) (dle, ) (Entered: 03/14/2005) |
| 03/10/2005 | | Set/Reset Deadlines as to 48 MOTION for Partial Summary Judgment., 47 MOTION for Summary Judgment , *Partial*.. Responses due by 3/21/2005 Replies due by 4/4/2005. (dle, ) (Entered: 03/14/2005) |
| 03/22/2005 | 67 | ORDER; defendant Dept. of Defense will process 8,000 pages of responsive documents every fifteen days.. Docmts to be released will be served by the Gov't on the 15th and last day of each month, with the parties to work out a schedule for the month of March; on or before 04/15/05, as per the Court's 02/02/05 Order, defendant Central |

| | | |
|---|---|---|
| | | Intelligence Agency will complete processing of the investigative files in the Office of the Inspector General; On or before 04/04/05, the FBI will produce a declaration, as specified in vaughn v. Rosen.... (Signed by Judge Alvin K. Hellerstein on 3/22/05) (djc) (Entered: 03/23/2005) |
| 03/22/2005 | 71 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sean H. Lane dated 3/18/05 re: motion granted; extension until 3/25/05, for Gov't to respond to plaintiffs motion for Partial Summary Judgment. (Signed by Judge Alvin K. Hellerstein on 3/22/05) (pl, ) (Entered: 03/28/2005) |
| 03/24/2005 | 68 | TRANSCRIPT of proceedings held on 3/4/05 before Judge Alvin K. Hellerstein. (lma, ) (Entered: 03/24/2005) |
| 03/25/2005 | 69 | TRANSCRIPT of proceedings held on 03/04/05 before Judge Alvin K. Hellerstein. (es, ) (Entered: 03/25/2005) |
| 03/25/2005 | 70 | ENDORSED LETTER addressed to Judge Hellerstein from Sean H. Lane dated 3/25/05 re: the following schedule is granted; Government's opposition and cross motion due 03/31/05; plaintiffs' opposition and reply brief due 04/14/05; Government's reply brief due April 28, 2005. (Signed by Judge Alvin K. Hellerstein on 3/25/05) (djc, ) (Entered: 03/28/2005) |
| 03/28/2005 | 82 | NOTICE TO PARTIES. The date and time for Argument on plaintiffs' motion for partial summary is set for 5/11/2005 at 04:00 PM, at 500 Pearl Street, Courtroom 14D. No further adjournments will be granted. The Court desires a prompt response from the department of defense to the complaints expressed in the letter of Megan Lewis dated 3/28/05, specifically, an explanation as to why fewer document have been proceesed than the number the parties agreed should be processed, and why productions to plaintiffs have been delayed beyond due dates until after public disclosures were made (Signed by Judge Alvin K. Hellerstein on 3/28/05) (yv, ) (Entered: 04/01/2005) |
| 03/30/2005 | 72 | MOTION for Summary Judgment. Document filed by Central Intelligence Agency, Department of Defense. Responses due by 4/14/2005 Return Date set for 5/11/2005 04:00 PM. (Skinner, Peter) (Entered: 03/30/2005) |
| 03/30/2005 | 73 | RULE 56.1 STATEMENT. Document filed by Central Intelligence Agency, Department of Defense. (Skinner, Peter) (Entered: 03/30/2005) |
| 03/30/2005 | 74 | DECLARATION of Charles A. Allen in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Skinner, Peter) (Entered: 03/30/2005) |
| 03/30/2005 | 75 | DECLARATION of Stewart F. Aly in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Skinner, Peter) (Entered: 03/30/2005) |

| 03/30/2005 | 76 | DECLARATION of Diane E. Beaver in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Skinner, Peter) (Entered: 03/30/2005) |
|---|---|---|
| 03/30/2005 | 77 | DECLARATION of Geoffrey S. Corn in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Skinner, Peter) (Entered: 03/30/2005) |
| 03/30/2005 | 78 | DECLARATION of Edward R. Cummings in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Skinner, Peter) (Entered: 03/30/2005) |
| 03/30/2005 | 79 | DECLARATION of Marilyn A. Dorn in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Attachments: # 1 Exhibit A)(Skinner, Peter) (Entered: 03/30/2005) |
| 03/30/2005 | 80 | MEMORANDUM OF LAW in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Skinner, Peter) (Entered: 03/30/2005) |
| 03/31/2005 | 81 | DECLARATION of Phillip J. McGuire in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Skinner, Peter) (Entered: 03/31/2005) |
| 04/05/2005 | 83 | ORDER; DOD's motion is denied. DOD shall use zealous and good faith efforts to bring itself into compliance with the schedule provided by the consent order of 3/22/05. (Signed by Judge Alvin K. Hellerstein on 4/5/05) (sac, ) (Entered: 04/06/2005) |
| 04/12/2005 | | MEMORANDUM TO THE DOCKET CLERK: In camera proceedings held 4/12/05. (ae, ) (Entered: 04/21/2005) |
| 04/14/2005 | 84 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Megan Lewis dated 4/13/05 re: granting request for the filing of plaintiff's brief on 4/21/05. (Signed by Judge Alvin K. Hellerstein on 4/13/05) (pl, ) (Entered: 04/15/2005) |
| 04/15/2005 | 85 | ORDER ; denying motion for stay (superceding order of 4/5/05). (Signed by Judge Alvin K. Hellerstein on 4/7/05) (pl, ) (Entered: 04/15/2005) |
| 04/18/2005 | 86 | ORDER; that the CIA has satisfied the procedural requirements of the CIA Information Act, 50 U.S.C. section 431(a), and has established that information responsive to plaintiffs' FOIA requests likely would be found in those operational files that have been designated as exempt from FOIA; that, in accordance with the remainder of the court?s 2/2/05 Opinion and Order, the CIA obligation to search to search and review not to operation files, but only to relevant documents that have already been identified and produced to, or otherwise collected by, CIA's Office of Inspector General (Signed by Judge Alvin K. Hellerstein on 4/18/05) (pl, ) Modified on 4/19/2005 (pl, ). (Entered: 04/19/2005) |
| 04/18/2005 | 87 | ORDER; that CIA's request for an extension of time until 7/15/05 to |

| | | |
|---|---|---|
| | | complete processing o f documents is rejected without prejudice, and maybe renewed in complaint with chambers Rule 1D. (Signed by Judge Alvin K. Hellerstein on 4/18/05) (pl, ) (Entered: 04/20/2005) |
| 04/21/2005 | 88 | ENDORSED LETTER addressed to Judge Hellerstein from Megan Lewis dated 4/13/05 re: request for an extension of time within which to file opposition to defendants' motion for partial summary judgment and reply in support of plaintiffs' motion for partial summary judgment to 4/28/05., Set Deadlines/Hearing as to 48 MOTION for Partial Summary Judgment., 72 MOTION for Summary Judgment.: Responses due by 4/28/2005. Replies due by 4/28/2005. Application granted (Signed by Judge Alvin K. Hellerstein on 4/20/05) (yv, ) (Entered: 04/22/2005) |
| 04/28/2005 | 89 | FILING ERROR - DEFICIENT DOCKET ENTRY - MEMORANDUM OF LAW in Opposition re: 72 MOTION for Summary Judgment.. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Attachments: # 1 Memo part 2# 2 Exhibits 1 through 6# 3 Scott Horton Declaration# 4 Horton Declaration exhibits A and B# 5 Marco Sassoli Declaration with Exhibit A)(Lustberg, Lawrence) Modified on 5/9/2005 (st, ). (Entered: 04/28/2005) |
| 04/28/2005 | 90 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - NOTICE of Statement Pursuant to Local Rule 56.1. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Lustberg, Lawrence) Modified on 5/9/2005 (st, ). (Entered: 04/28/2005) |
| 04/29/2005 | 91 | MEMORANDUM OF LAW in Opposition re: 47 MOTION for Summary Judgment , Partial., 72 MOTION for Summary Judgment.. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Attachments: # 1 Part two of Memorandum# 2 Exhibits 1 through 6# 3 Scott Horton Declaration in Support# 4 Horton Declaration Exhibits A and B# 5 Marco Sassoli Declaration in Support with Exhibit A)(Lustberg, Lawrence) (Entered: 04/29/2005) |
| 04/29/2005 | 92 | COUNTER STATEMENT TO 73 Rule 56.1 Statement. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Lustberg, Lawrence) (Entered: 04/29/2005) |
| 05/10/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Peter M. Skinner to RE-FILE Document 26 Status Report,, 19 Status Report,, 27 Status Report,, 20 Status Report,, 28 Status Report,, 29 Status Report,, 30 Status Report,, 21 Status Report,, 22 Status Report,, 23 Status Report,, 24 Status Report,, 33 Status Report,, 25 Status Report,. Use the document type Declaration in Support (non-motion) found under the document list Other Answers. (st, ) (Entered: 05/10/2005) |
| 05/10/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Peter M. Skinner to contact the Judges Chambers on filing Letters Document Nos. [18 and 32] Status Reports. These documents are not filed via ECF. (st, ) (Entered: |

| | | |
|---|---|---|
| | | 05/10/2005) |
| 05/12/2005 | 93 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sean H. Lane dated 5/11/05 re: Counsel writes to request a one week extension until 5/19/05 to file its reply brief relating to the pending motions. So Ordered. (Signed by Judge Alvin K. Hellerstein on 5/12/05) (jco, ) (Entered: 05/12/2005) |
| 05/12/2005 | | Set Deadlines/Hearings: Reply Brief due by 5/19/2005. (jco, ) (Entered: 05/12/2005) |
| 05/19/2005 | 94 | REPLY MEMORANDUM OF LAW in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Skinner, Peter) (Entered: 05/19/2005) |
| 05/19/2005 | 95 | DECLARATION of Stewart F. Aly in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Skinner, Peter) (Entered: 05/19/2005) |
| 05/19/2005 | 96 | DECLARATION of Michael G. Seidel in Support re: 72 MOTION for Summary Judgment.. Document filed by Central Intelligence Agency, Department of Defense. (Attachments: # 1 Exhibit A)(Skinner, Peter) (Entered: 05/19/2005) |
| 05/19/2005 | 97 | RULE 56.1 STATEMENT. Document filed by Central Intelligence Agency, Department of Defense. (Skinner, Peter) (Entered: 05/19/2005) |
| 05/23/2005 | 98 | ENDORSED LETTER addressed to Judge Hellerstein from Peter Skinner dated 5/20/05: granting motion of deft CIA for an extension of time until 7/15/05 toc omplete the processing of documents etc, on condition of no further requests by CIA for enlargement of time. (Signed by Judge Alvin K. Hellerstein on 5/23/05) (cd, ) (Entered: 05/23/2005) |
| 05/26/2005 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Oral Argument held on 5/26/2005 re: corss-motins for SJ. Hearing adjourned until 5/31/05 (pl, ) (Entered: 06/02/2005) |
| 05/26/2005 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Oral Argument held on 5/26/2005 re: 47 MOTION for Summary Judgment , *Partial*. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 72 MOTION for Summary Judgment. filed by Central Intelligence Agency,, Department of Defense,, 48 MOTION for Partial Summary Judgment. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,. (dle, ) (Entered: 06/08/2005) |
| 06/01/2005 | 100 | ORDER: regarding procedures that the Government shall follow in the handling, processing and/or redacting of documents named Government Exhibits GX-1 through GX-9. The Department of Defense shall reprocess and redact the remaining "Darby" photographs by 6/30/05 as further set |

| | | |
|---|---|---|
| | | forth in said Order. (Signed by Judge Denise L. Cote, Part I on 6/1/05) (db, ) (Entered: 06/03/2005) |
| 06/03/2005 | 99 | TRANSCRIPT of proceedings held on 05/31/05 before Judge Alvin K. Hellerstein. (es, ) (Entered: 06/03/2005) |
| 06/17/2005 | 102 | TRANSCRIPT of proceedings held on 05/31/05 before Judge Alvin K. Hellerstein. (es, ) (Entered: 06/17/2005) |
| 06/20/2005 | 103 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Peter M. Skinner dated 6/16/05 re: counsel for the government requests an extension of the 6/17/05 deadline to report results of their review of documents. The enlargement of time until 7/8/05 is granted. The in camera review will be conducted in chambers at 2:15 p.m., 7/15/05. (Signed by Judge Alvin K. Hellerstein on 6/20/05) (dle, ) (Entered: 06/21/2005) |
| 06/23/2005 | 104 | TRANSCRIPT of proceedings held on 5/31/2005 @4:10pm before Judge Alvin K. Hellerstein. (lb, ) (Entered: 06/23/2005) |
| 06/27/2005 | 105 | TRANSCRIPT of proceedings held on 5/26/2005 @11:30am before Judge Alvin K. Hellerstein. (lb, ) (Entered: 06/27/2005) |
| 07/28/2005 | 106 | ORDER; regarding the procedures that will govern the handling of confidential information. Nothing in this Confidentiality Order shall preclude Plaintiffs from challenging the existence or scope of the Order once they have reviewed the information the Gov't seeks to protect, should they wish to do so. (Signed by Judge Alvin K. Hellerstein on 7/22/05) (pl, ) (Entered: 07/28/2005) |
| 07/28/2005 | 107 | ORDER. The Government's request to file a complete and unredacted set of its submission under seal is granted. The Government's request to redact certain portions of its submissions to be publicly filed is granted. The Government shall electronically file a redacted public version of its submission, with redactions clearly delinated, as soon as possible after entry of this Order. Plaintiffs shall file any motion to unseal portions of the Government's submission by 8/3/05 (Signed by Judge Alvin K. Hellerstein on 7/28/05) (yv, ) (Entered: 07/28/2005) |
| 07/28/2005 | 110 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION for Partial Summary Judgment *Supplemental Memorandum in Further Support*. Document filed by Department of Defense. (McShain, Heather) Modified on 7/29/2005 (gf, ). (Entered: 07/28/2005) |
| 07/28/2005 | 111 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - DECLARATION of Richard B. Myers in Support re: 110 MOTION for Partial Summary Judgment *Supplemental Memorandum in Further Support*.. Document filed by Department of Defense. (Attachments: # 1)(McShain, Heather) Modified on 7/29/2005 (gf, ). (Entered: 07/28/2005) |
| 07/28/2005 | 112 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM |

| | | |
|---|---|---|
| | | MENU - DECLARATION of Richard Schlicher in Support re: 110 MOTION for Partial Summary Judgment *Supplemental Memorandum in Further Support.*, 111 Declaration in Support. Document filed by Department of Defense. (McShain, Heather) Modified on 7/29/2005 (gf, ). (Entered: 07/28/2005) |
| 07/28/2005 | 113 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - DECLARATION of Phillip J. McGuire in Support re: 110 MOTION for Partial Summary Judgment *Supplemental Memorandum in Further Support.*, 111 Declaration in Support, 112 Declaration in Support. Document filed by Department of Defense. (Attachments: # 1) (McShain, Heather) Modified on 7/29/2005 (gf, ). (Entered: 07/28/2005) |
| 07/28/2005 | 114 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 72 MOTION for Summary Judgment.. Document filed by Department of Defense. (McShain, Heather) (Entered: 07/28/2005) |
| 07/28/2005 | 115 | DECLARATION of Richard B. Myers in Support re: 72 MOTION for Summary Judgment.. Document filed by Department of Defense. (Attachments: # 1)(McShain, Heather) (Entered: 07/28/2005) |
| 07/28/2005 | 116 | DECLARATION of Ronald Schlicher in Support re: 72 MOTION for Summary Judgment.. Document filed by Department of Defense. (McShain, Heather) (Entered: 07/28/2005) |
| 07/28/2005 | 117 | DECLARATION of Phillip J. McGuire in Support re: 72 MOTION for Summary Judgment.. Document filed by Department of Defense. (Attachments: # 1)(McShain, Heather) (Entered: 07/28/2005) |
| 08/03/2005 | 118 | MOTION to File Amicus Brief. Document filed by Advance Publications, Inc., American Society of Newspaper Editors, CBS Broadcasting, Inc., CBS Broadcastings, Inc., Investigative Reporters and Editors, Inc., NBC Universal, Inc., Reporters Committee for Freedom of the Press, The E.W. Scripps Company, The Hearst Corporation, The National Newspaper Association, The New York Times Co., The Newspaper Guild-CWA, The Radio-Television News Directors Association, The Society of Professional Journalists, The Tribune Company. (Attachments: # 1 # 2 Affidavit Declaration of David B. Smallman# 3 Exhibit Exhibit 1: Proposed Brief Amici Curiae) (Smallman, David) (Entered: 08/03/2005) |
| 08/03/2005 | 119 | ORDER REGULATION PROCEDURES. (Signed by Judge Alvin K. Hellerstein on 8/3/05) (pl, ) (Entered: 08/04/2005) |
| 08/05/2005 | 120 | ORDER granting 118 Motion to File Amicus Brief . Leave to file the brief. Amici Curiae is granted. The brief will be considered. (Signed by Judge Alvin K. Hellerstein on 8/5/05) (jco, ) (Entered: 08/08/2005) |
| 08/08/2005 | 121 | ORDER plaintiffs will submit their opposition to Defendant's Supplemental Partial Summary Judgment Motion, and their motion to vacate the Protective Order entered 7/22/05, and accompanying memorandum of law, by Wednesday, 8/3/05; defendant will submit their opposition and reply by Wednesday, 8/10/05; and plaintiffs will submit |

| | | |
|---|---|---|
| | | their reply on 8/12/05; (2) a hearing on this matter will held on 8/15/05 at 10:00 a.m.- 12:30 noon, part of this will be closed to the public. (3) Defendant is directed to designate publicity those sections of its Memo of Law and accompanying declarations that were provided to Plaintiffs but not to the public. (Signed by Judge Alvin K. Hellerstein on 8/8/05) (jco, ) Additional attachment(s) added on 8/11/2005 (jco, ). Modified on 8/11/2005 (jco, ). (Entered: 08/09/2005) |
| 08/08/2005 | | Set Deadlines/Hearings: Motions due by 7/22/2005. Replies due by 8/12/2005. Responses due by 8/10/2005 (jco, ) (Entered: 08/09/2005) |
| 08/08/2005 | 122 | ORDER PERMITTING BRIEFING to the extent any party contends that the Intelligence Reform and Terrorism Prevention Act of 2004, Pub. L. No. 108-458, 118 Stat. 3638- enacted 12/17/04, and effective not later than six months after the date of the enactment of the Act, except as other wise expressly provided in the Act- changes any rule for decision with regard to the five disputes that are the subject of the parties' recent motions for partial summary judgment, that party may state its position by noon Friday 8/12/05. If nothing is received by that date, the Court will assume that the parties contend that no rule for decision has been changed. So Ordered. (Signed by Judge Alvin K. Hellerstein on 8/8/05) (jco, ) (Entered: 08/09/2005) |
| 08/08/2005 | 123 | LETTER addressed to Judge Hellerstein from Peter M. Skinner dated 8/2/05 re: request for a modification of the procedure that the Court has established to resolve plaintiffs' challenge to the Government's segregability review of the documents responsive to Request 43 of plaintiffs "List of 70". Document filed by Department Of Justice, Department of State, Central Intelligence Agency, Department of Defense, Department Of Homeland Security.(yv, ) (Entered: 08/10/2005) |
| 08/10/2005 | 124 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to File Amicus Brief. Document filed by American Legion. Return Date set for 8/15/2005 09:30 AM. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Mills, Charles) Modified on 8/11/2005 (kg). (Entered: 08/10/2005) |
| 08/11/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Charles Mills to RE-FILE Document 124 MOTION to File Amicus Brief. Use the document type Memorandum of Law in Support of Motion found under the document list Responses and Replies. (kg) (Entered: 08/11/2005) |
| 08/11/2005 | 125 | MEMORANDUM OF LAW in Support re: 48 MOTION for Partial Summary Judgment.. Document filed by American Legion. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7)(Mills, Charles) (Entered: 08/11/2005) |
| 08/11/2005 | 126 | ORDER CLARIFYING SCHEDULE FOR ORAL ARGUMENT ON EXEMPTION 7(F); this Order clarifies my Order, dated 8/8/05, which was incorrectly described on the Court's dockting system. Oral argument on Defendants' Supplemental Memorandum of Law in further support of |

| | | |
|---|---|---|
| | | their Partial Summary Judgment Motion, and Plaintiffs' Motion to Vacate the Protective Order entered 7/22/05, both of which relate to the application of FOIA Exemption 7(F) to the Darby Photographs, will be held on 8/15/05. The portion of the argument, from 10:00 a.m. to 11 a.m., will be a sealed proceeding. The second portion of the argument, from 11 a.m. to 12:30 p.m., will be open to the public. (Signed by Judge Alvin K. Hellerstein on 8/11/05) (sac, ) (Entered: 08/11/2005) |
| 08/11/2005 | 127 | MEMO ENDORSEMENT on Memorandum of Law in Support of Motion for leave to file a Memorandum of an Amicus Curiae; Motion granted. I will consider brief and papers. (Signed by Judge Alvin K. Hellerstein on 8/11/05) (sac, ) (Entered: 08/11/2005) |
| 08/11/2005 | 128 | MEMORANDUM OF LAW in Opposition re: 72 MOTION for Summary Judgment., 48 MOTION for Partial Summary Judgment.. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Attachments: # 1 Declaration of Michael E. Pheneger)(Lustberg, Lawrence) (Entered: 08/11/2005) |
| 08/11/2005 | 129 | MOTION to Vacate 106 Order, *and for Access to Papers Filed by the Government in Support of Summary Judgment*. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Lustberg, Lawrence) (Entered: 08/11/2005) |
| 08/11/2005 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Ex-parte Conference held on 7/29/2005 with United States Attorney's Office concerning the Central Intelligence Agency's submission ex parte and in camera of the Fifth Declaration of Marily A. Dorn, dated July 15, 2005, which provided classified information concerning the CIA's refusal to confirm or deny the existence of three documents requested by Plaintiffs. (tb, ) (Entered: 08/16/2005) |
| 08/12/2005 | 130 | MEMORANDUM OF LAW in Opposition re: 129 MOTION to Vacate 106 Order, *and for Access to Papers Filed by the Government in Support of Summary Judgment*.. Document filed by Department of Defense. (McShain, Heather) (Entered: 08/12/2005) |
| 08/12/2005 | 131 | REPLY MEMORANDUM OF LAW in Support re: 72 MOTION for Summary Judgment.. Document filed by Department of Defense. (McShain, Heather) (Entered: 08/12/2005) |
| 08/12/2005 | 132 | REPLY AFFIRMATION of Richard B. Myers in Support re: 72 MOTION for Summary Judgment.. Document filed by Department of Defense. (Attachments: # 1)(McShain, Heather) (Entered: 08/12/2005) |
| 08/12/2005 | 133 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Peter M. Skinner dated 8/12/05 re: the Clerk shall add this letter to the Docket. (Signed by Judge Alvin K. Hellerstein on 8/12/05) (db, ) (Entered: 08/15/2005) |
| 08/12/2005 | 134 | ENDORSED LETTER from Sean H. Lane dated 8/12/05 re: Application GRANTED. Government is permitted to publicly file the Amended Declaration to replace the publicly filed version of General Myers' |

| | | |
|---|---|---|
| | | original-and that original be removed from the Court docket. (Signed by Judge Alvin K. Hellerstein on 8/12/05) (db, ) (Entered: 08/15/2005) |
| 08/17/2005 | 140 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sean H. Lane dated 8/17/05 re: without further objections by plaintiff, I am....to accept the representation by dft witout this need for a.....presentation.. (Signed by Judge Alvin K. Hellerstein on 8/17/05) (pl, ) (Entered: 08/18/2005) |
| 08/18/2005 | 141 | TRANSCRIPT of proceedings held on 8/15/05 before Judge Alvin K. Hellerstein. (lma, ) (Entered: 08/18/2005) |
| 08/19/2005 | 142 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Sean H. Lane dated 8/18/05 re: the suggested procedures are accepted. This letter and endorsed order shall be accepted. (Signed by Judge Alvin K. Hellerstein on 8/19/05) (db, ) (Entered: 08/22/2005) |
| 08/23/2005 | 143 | REPLY MEMORANDUM OF LAW in Support re: 48 MOTION for Partial Summary Judgment.. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Attachments: # 1 Declaration of Khaled Fahmy)(Lustberg, Lawrence) (Entered: 08/23/2005) |
| 08/23/2005 | 144 | REPLY MEMORANDUM OF LAW in Support re: 129 MOTION to Vacate 106 Order, *and for Access to Papers Filed by the Government in Support of Summary Judgment*.. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Lustberg, Lawrence) (Entered: 08/23/2005) |
| 08/29/2005 | 145 | ORDER...The oral argument on Defendants' Supplemental Memorandum of Law in further support of their Partial Summary Judgment Motion, which relates to the application of FOIA Exemption 7(f) to the Darby Photographs, will be held tomorrow, August 30, 2005 at 3 p.m. The argument is open to the public. (Signed by Judge Alvin K. Hellerstein on 8/29/05) (rag, ) (Entered: 08/29/2005) |
| 08/29/2005 | 146 | DECLARATION of Ronald Schlicher in Support re: 72 MOTION for Summary Judgment.. Document filed by Department of Defense. (McShain, Heather) (Entered: 08/29/2005) |
| 08/29/2005 | 147 | DECLARATION of Richard B. Myers in Support re: 72 MOTION for Summary Judgment.. Document filed by Department of Defense. (Attachments: # 1)(McShain, Heather) (Entered: 08/29/2005) |
| 08/31/2005 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein : Oral Argument held on 8/31/2005 re: 48 MOTION for Partial Summary Judgment filed by Center for Constitutional Rights, Inc., American Civil Liberties Union, Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (jco, ) (Entered: 09/06/2005) |
| 09/26/2005 | 149 | TRANSCRIPT of proceedings held on 8/30/2005 before Judge Alvin K. Hellerstein. (jar, ) (Entered: 09/26/2005) |
| 09/29/2005 | 150 | OPINION AND ORDER;92194 granting in part and dening in part re: 72 |

| | | |
|---|---|---|
| | | MOTION for Summary Judgment. filed by Central Intelligence Agency,, Department of Defense,, 48 MOTION for Partial Summary Judgment. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace; this Opinion and Order is stayed twenty days in order to allow for appeal by either side, should it wish to do so. (Signed by Judge Alvin K. Hellerstein on 9/29/05) (pl, ) Modified on 10/3/2005 (ns, ). (Entered: 09/30/2005) |
| 10/17/2005 | 151 | MOTION for Reconsideration re; 150 Memorandum & Opinion,,. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 10/17/2005) |
| 10/17/2005 | 152 | MEMORANDUM OF LAW in Support re: 151 MOTION for Reconsideration re; 150 Memorandum & Opinion,,.. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 10/17/2005) |
| 10/18/2005 | 153 | ORDER ENLARGING STAY;.. the aforementioned stay shall be enlarged to Wendesday, October 26,2005, in order to allow for consideration of the government's motion and any plaintiff opposition. (Signed by Judge Alvin K. Hellerstein on 10/18/05) (djc, ) (Entered: 10/19/2005) |
| 10/24/2005 | 154 | MEMORANDUM OF LAW in Opposition re: 151 MOTION for Reconsideration re; 150 Memorandum & Opinion,,.. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Lustberg, Lawrence) (Entered: 10/24/2005) |
| 10/24/2005 | 155 | ORDER that the stay as set forth herein shall be enlarged to 11/1/05 in order to allow for consideration of the government motion and the plaintiff's opposition. (Signed by Judge Alvin K. Hellerstein on 10/24/05) (dle, ) (Entered: 10/24/2005) |
| 10/26/2005 | 156 | REPLY MEMORANDUM OF LAW in Support re: 151 MOTION for Reconsideration re; 150 Memorandum & Opinion,,.. Document filed by Central Intelligence Agency. (Skinner, Peter) (Entered: 10/26/2005) |
| 10/31/2005 | | ***STRICKEN DOCUMENT. Deleted document number [157] from the case record. The document was stricken from this case pursuant to 163 Order. (rag, ) (Entered: 11/09/2005) |
| 11/02/2005 | 158 | ORDER DENYING GOVERNMENT'S MOTION FOR PARTIAL RECONSIDERATION re 9/29/05 opinion. I grant one further enlargement to the govt, to 11/15/05 to consider whether to file an appeal or to comply with the Opinion. (Signed by Judge Alvin K. Hellerstein on 11/2/05) (cd, ) (Entered: 11/03/2005) |
| 11/07/2005 | 159 | SECOND MOTION for Partial Summary Judgment. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc.. (Attachments: # 1 Memorandum of Law in Support of Plaintiffs' Second Motion for Partial Summary Judgment (Part 1)# 2 Memo of Law (Part 2) # 3 Memo of Law (Part 3))(Lustberg, Lawrence) (Entered: 11/07/2005) |

| 11/08/2005 | 160 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Megan Lewis dated 11/7/05 re: Counsel writes to request permission to file a hard copy of exhibits attached to the memo of law. So Ordered. (Signed by Judge Alvin K. Hellerstein on 11/8/05) (jco, ) (Entered: 11/09/2005) |
|---|---|---|
| 11/09/2005 | 161 | EXHIBITS, fld as per doc #160. Document filed by American Civil Liberties Union.(cd, ) (Entered: 11/09/2005) |
| 11/09/2005 | 162 | EXHIBITS, fld as per doc #160. Document filed by American Civil Liberties Union.(cd, ) (Entered: 11/09/2005) |
| 11/09/2005 | 163 | ORDER...An order was filed under seal on 10/31/05, referenced as document number 157 on the docket sheet. The clerk shall delete that entry from the docket sheet and destroy the pdf file. The order filed 11/7/05, referenced as document number 158 on the docket sheet, replaces said order. (Signed by Judge Alvin K. Hellerstein on 11/9/05) (rag, ) (Entered: 11/09/2005) |
| 11/16/2005 | 164 | ORDER ENLARGING STAY: Ordered that the aforementioned stay shall be enlarged to 11/22/2005. No further enlargements will be granted. (Signed by Judge Alvin K. Hellerstein on 11/15/2005) (lb, ) (Entered: 11/17/2005) |
| 11/22/2005 | 165 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - NOTICE of APPEAL re: 150 Memorandum & Opinion,,. Document filed by Department of the Army, Department of Defense. (Lane, Sean) Modified on 12/2/2005 (gf, ). (Entered: 11/22/2005) |
| 11/28/2005 | 166 | NOTICE OF APPEAL from 150 Memorandum & Opinion,,. Document filed by Department of the Army, Department of Defense. (nd, ) (Entered: 11/29/2005) |
| 11/29/2005 | | Transmission of Notice of Appeal to the District Judge re: 166 Notice of Appeal. (nd, ) (Entered: 11/29/2005) |
| 11/29/2005 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 166 Notice of Appeal. (nd, ) (Entered: 11/29/2005) |
| 11/29/2005 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 34 Certificate of Service Other filed by Department Of Justice,, 96 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 97 Rule 56.1 Statement filed by Central Intelligence Agency,, Department of Defense,, 82 Order, Set Hearings,,,,, 98 Endorsed Letter,, 10 Declaration in Opposition to Motion, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, Department Of Homeland Security,, 158 Order,, 159 SECOND MOTION for Partial Summary Judgment. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 11 Declaration in Opposition to Motion, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, Department Of |

Homeland Security,, 160 Endorsed Letter,, 58 Order, Set Motion and
R&R Deadlines/Hearings, 140 Endorsed Letter,, 35 Order,,,,, 59
Memorandum of Law in Oppisition to Motion, filed by Center for
Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians
for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 37
Endorsed Letter,, 38 MOTION to Stay *the Court's September 15, 2004
Order*. filed by Central Intelligence Agency,, 100 Order,, 83 Order, 84
Endorsed Letter, 12 Reply Memorandum of Law in Support of Motion,
filed by Center for Constitutional Rights, Inc.,, American Civil Liberties
Union,, Physicians for Human Rights,, Veterans for Common Sense,,
Veterans for Peace,, 163 Order,, 85 Order, 13 Stipulation and Order, 14
Endorsed Letter,, 15 Endorsed Letter, 16 Memorandum & Opinion, Set
Deadlines/Hearings,,, 164 Order, 60 Order, 61 Reply Memorandum of
Law in Support of Motion filed by Central Intelligence Agency,, 39
Memorandum of Law in Support of Motion filed by Central Intelligence
Agency,, 62 Endorsed Letter,, 40 Declaration in Support of Motion filed
by Central Intelligence Agency,, 63 Endorsed Letter,, 142 Endorsed
Letter, 41 Certificate of Service Other filed by Central Intelligence
Agency,, 143 Reply Memorandum of Law in Support of Motion filed by
Center for Constitutional Rights, Inc.,, American Civil Liberties Union,,
144 Reply Memorandum of Law in Support of Motion, filed by Center
for Constitutional Rights, Inc.,, American Civil Liberties Union,, 118
MOTION to File Amicus Brief. filed by The New York Times Co.,, The
Hearst Corporation,, The Tribune Company,, Advance Publications,
Inc.,, CBS Broadcasting, Inc.,, The E.W. Scripps Company,, NBC
Universal, Inc.,, Reporters Committee for Freedom of the Press,,
American Society of Newspaper Editors,, Investigative Reporters and
Editors, Inc.,, The National Newspaper Association,, The Radio-
Television News Directors Association,, The Society of Professional
Journalists,, The Newspaper Guild-CWA,, CBS Broadcastings, Inc.,, 86
Order,,, 103 Endorsed Letter,, 87 Order, 119 Order, 88 Endorsed Letter,
Set Motion and R&R Deadlines/Hearings,,,,, 165 Notice (Other) filed by
Department of the Army,, Department of Defense,, 18 Status Report,
filed by Central Intelligence Agency,, Department of State,, Department
Of Justice,, Department of Defense,, 166 Notice of Appeal filed by
Department of the Army,, Department of Defense,, 19 Status Report,
filed by Central Intelligence Agency,, 20 Status Report, filed by Central
Intelligence Agency,, 64 Endorsed Letter,, 65 Declaration in Support of
Motion filed by Central Intelligence Agency,, 43 Memorandum of Law
in Oppisition to Motion, filed by Center for Constitutional Rights, Inc.,,
American Civil Liberties Union,, Physicians for Human Rights,, Veterans
for Common Sense,, Veterans for Peace,, 66 Endorsed Letter,, 44
Order,,,, 1 Complaint, filed by Center for Constitutional Rights, Inc.,,
American Civil Liberties Union,, Physicians for Human Rights,, Veterans
for Common Sense,, Veterans for Peace,, 145 Order,, 45 Reply
Memorandum of Law in Support of Motion filed by Central Intelligence
Agency,, 120 Order on Motion to File Amicus Brief, 121 Order,,,, 146
Declaration in Support of Motion filed by Department of Defense,, 106
Order,, 107 Order, Set Deadlines,,,,, 147 Declaration in Support of
Motion filed by Department of Defense,, 122 Order,,, 89 Memorandum

of Law in Oppisition to Motion, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 90 Notice (Other) filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 67 Order,,, 91 Memorandum of Law in Oppisition to Motion, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 70 Endorsed Letter,, 124 MOTION to File Amicus Brief. filed by American Legion,, 2 FIRST MOTION for Preliminary Injunction. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 47 MOTION for Summary Judgment *, Partial.* filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 110 MOTION for Partial Summary Judgment *Supplemental Memorandum in Further Support.* filed by Department of Defense,, 3 MOTION for Preliminary Injunction. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 111 Declaration in Support, filed by Department of Defense,, 4 MOTION for Preliminary Injunction. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 112 Declaration in Support, filed by Department of Defense,, 113 Declaration in Support, filed by Department of Defense,, 92 Counter Statement to Rule 56.1 filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 71 Endorsed Letter,, 72 MOTION for Summary Judgment. filed by Central Intelligence Agency,, Department of Defense,, 73 Rule 56.1 Statement filed by Central Intelligence Agency,, Department of Defense,, 74 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 5 Amended Complaint, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 48 MOTION for Partial Summary Judgment. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 150 Memorandum & Opinion,,, 125 Memorandum of Law in Support of Motion filed by American Legion,, 49 Endorsed Letter,, 6 Endorsed Letter, Set Scheduling Order Deadlines,,, 126 Order,,, 50 Memorandum & Opinion,,, 127 Memo Endorsement, 128 Memorandum of Law in Oppisition to Motion, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 114 Memorandum of Law in Support filed by Department of Defense,, 115 Declaration in Support filed by Department of Defense,, 21 Status Report, filed by Department of Defense,, 22 Status Report, filed by Department of Defense,, 23 Status Report, filed by Department of Defense,, 24 Status Report, filed by Department of Defense,, 25 Status Report, filed by Department of Defense,, 75 Declaration in Support of Motion, filed by Central Intelligence Agency,, Department of Defense,, 76 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 51 MOTION to Stay re: 50 Memorandum & Opinion,, *Pending Consideration of Appeal.* filed by Central Intelligence Agency,, 77

Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 151 MOTION for Reconsideration re; 150 Memorandum & Opinion,,. filed by Central Intelligence Agency,, 52 Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 78 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 129 MOTION to Vacate 106 Order, *and for Access to Papers Filed by the Government in Support of Summary Judgment*. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 53 MOTION for Reconsideration re; 50 Memorandum & Opinion,,. filed by Central Intelligence Agency,, 152 Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 7 Answer to Amended Complaint, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, Department Of Homeland Security,, 130 Memorandum of Law in Oppisition to Motion filed by Department of Defense,, 153 Order,, 131 Reply Memorandum of Law in Support of Motion filed by Department of Defense,, 26 Status Report, filed by Department of Defense,, 27 Status Report, filed by Department of State,, 28 Status Report, filed by Department of State,, 29 Status Report, filed by Department Of Justice,, 116 Declaration in Support filed by Department of Defense,, 30 Status Report, filed by Department Of Justice,, 117 Declaration in Support filed by Department of Defense,, 93 Endorsed Letter,, 94 Reply Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 79 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 95 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 54 Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 80 Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 154 Memorandum of Law in Oppisition to Motion filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 8 Memorandum of Law in Oppisition to Motion, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, Department Of Homeland Security,, 55 Declaration in Support of Motion filed by Central Intelligence Agency,, 81 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 155 Order, 132 Reply Affirmation in Support of Motion filed by Department of Defense,, 56 Endorsed Letter,, 9 Declaration in Opposition to Motion, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, Department Of Homeland Security,, 156 Reply Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 57 Order on Motion to Stay, 133 Endorsed Letter, 134 Endorsed Letter,, 31 Certificate of Service Other, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, 32 Status Report, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, 33 Status Report, filed by Department Of Justice, were transmitted to the U.S. Court of Appeals. (nd, ) (Entered: 11/29/2005)

| | | |
|---|---|---|
| 12/06/2005 | 167 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Michael J. Garcia dated 12/5/05 re: plaintiffs second motion for partial summary judgment. Gov't opposition and any Cross Motions due by 12/21/2005. Plaintiffs' Replies and any opposition papers due by 1/18/06; Govt's reply brief due 2/1/2006. (Signed by Judge Alvin K. Hellerstein on 12/6/05) (pl, ) (Entered: 12/07/2005) |
| 12/09/2005 | 168 | MOTION Order to Release Documents or Justify Exemption. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. (Attachments: # 1 Exhibit)(Lewis, Megan) (Entered: 12/09/2005) |
| 12/19/2005 | 169 | ORDER; accordingly, I rule as follows: 1) Plaintiff's motion to be relieved of my Opinion and Order dated 9/29/05, as supplemented by my Order dated 11/2/05, is denied. 2) Because of the public interest involved in this matter, and in light of this Order, both plaintiffs and defendant shall have the right to appeal from all, or any part, of my Opinion and Order dated 9/29/05, my Order dated 11/2/05, and this Order, notwithstanding any agreement made between them to the contrary. 3) The time of each party to notice an appeal, otherwise set as sixty days after the judgment or order appealed from is entered by Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, shall run an additional 30 days from this date, see Fed. R. App. P. 4(a)(4)(B)(ii), and shall be subject to all scheduling and stay orders heretofore entered by the Court of Appeals in this case. (Signed by Judge Alvin K. Hellerstein on 12/19/05) (sac, ) (Entered: 12/20/2005) |
| 12/20/2005 | 170 | ENDORSED LETTER addressed to JUdge Alvin K. Hellerstein from Heather K. McShain dated 12/20/05 re: a request for a revised briefing schedule as follows: Cross Motions due by 1/18/2006. Responses due by 2/15/2006. Replies due by 3/1/2006. ENDORSEMENT: SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 12/20/05) (kco, ) (Entered: 12/21/2005) |
| 01/03/2006 | 171 | NOTICE OF APPEAL from 150 Memorandum & Opinion, 169 Order. Document filed by American Civil Liberties Union, Center for Constitutional Rights, Inc., Physicians for Human Rights, Veterans for Common Sense, Veterans for Peace. Filing fee $ 255.00, receipt number E 565482. (tp, ) (Entered: 01/04/2006) |
| 01/04/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 171 Notice of Appeal. (tp, ) (Entered: 01/04/2006) |
| 01/04/2006 | | Transmission of Notice of Appeal to the District Judge re: 171 Notice of Appeal. (tp, ) (Entered: 01/04/2006) |
| 01/04/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 34 Certificate of Service Other filed by Department Of Justice,, 96 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 97 Rule 56.1 |

Statement filed by Central Intelligence Agency,, Department of Defense,,
82 Order, Set Hearings,,,,, 98 Endorsed Letter,, 10 Declaration in
Opposition to Motion, filed by Central Intelligence Agency,, Department
of State,, Department Of Justice,, Department of Defense,, Department
Of Homeland Security,, 158 Order,, 159 SECOND MOTION for Partial
Summary Judgment. filed by Center for Constitutional Rights, Inc.,,
American Civil Liberties Union,, 11 Declaration in Opposition to
Motion, filed by Central Intelligence Agency,, Department of State,,
Department Of Justice,, Department of Defense,, Department Of
Homeland Security,, 160 Endorsed Letter,, 58 Order, Set Motion and
R&R Deadlines/Hearings, 140 Endorsed Letter,, 35 Order,,,,, 59
Memorandum of Law in Oppisition to Motion, filed by Center for
Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians
for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 37
Endorsed Letter,, 38 MOTION to Stay *the Court's September 15, 2004
Order*. filed by Central Intelligence Agency,, 100 Order,, 83 Order, 84
Endorsed Letter, 12 Reply Memorandum of Law in Support of Motion,
filed by Center for Constitutional Rights, Inc.,, American Civil Liberties
Union,, Physicians for Human Rights,, Veterans for Common Sense,,
Veterans for Peace,, 163 Order,, 85 Order, 13 Stipulation and Order, 14
Endorsed Letter,, 15 Endorsed Letter, 16 Memorandum & Opinion, Set
Deadlines/Hearings,,, 164 Order,, 60 Order, 61 Reply Memorandum of
Law in Support of Motion filed by Central Intelligence Agency,, 39
Memorandum of Law in Support of Motion filed by Central Intelligence
Agency,, 62 Endorsed Letter,, 40 Declaration in Support of Motion filed
by Central Intelligence Agency,, 63 Endorsed Letter,, 142 Endorsed
Letter, 41 Certificate of Service Other filed by Central Intelligence
Agency,, 143 Reply Memorandum of Law in Support of Motion filed by
Center for Constitutional Rights, Inc.,, American Civil Liberties Union,,
144 Reply Memorandum of Law in Support of Motion, filed by Center
for Constitutional Rights, Inc.,, American Civil Liberties Union,, 118
MOTION to File Amicus Brief. filed by The New York Times Co.,, The
Hearst Corporation,, The Tribune Company,, Advance Publications,
Inc.,, CBS Broadcasting, Inc.,, The E.W. Scripps Company,, NBC
Universal, Inc.,, Reporters Committee for Freedom of the Press,,
American Society of Newspaper Editors,, Investigative Reporters and
Editors, Inc.,, The National Newspaper Association,, The Radio-
Television News Directors Association,, The Society of Professional
Journalists,, The Newspaper Guild-CWA,, CBS Broadcastings, Inc.,, 86
Order,,, 103 Endorsed Letter,, 87 Order, 119 Order, 88 Endorsed Letter,
Set Motion and R&R Deadlines/Hearings,,,,, 165 Notice (Other) filed by
Department of the Army,, Department of Defense,, 18 Status Report,
filed by Central Intelligence Agency,, Department of State,, Department
Of Justice,, Department of Defense,, 166 Notice of Appeal filed by
Department of the Army,, Department of Defense,, 19 Status Report,
filed by Central Intelligence Agency,, 20 Status Report, filed by Central
Intelligence Agency,, 64 Endorsed Letter,, 65 Declaration in Support of
Motion filed by Central Intelligence Agency,, 43 Memorandum of Law
in Oppisition to Motion, filed by Center for Constitutional Rights, Inc.,,
American Civil Liberties Union,, Physicians for Human Rights,, Veterans

for Common Sense,, Veterans for Peace,, 66 Endorsed Letter,, 44 Order,,,, 1 Complaint, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 145 Order,, 45 Reply Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 120 Order on Motion to File Amicus Brief, 121 Order,,,, 146 Declaration in Support of Motion filed by Department of Defense,, 106 Order,, 107 Order, Set Deadlines,,,,, 147 Declaration in Support of Motion filed by Department of Defense,, 122 Order,,, 89 Memorandum of Law in Oppisition to Motion, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 90 Notice (Other) filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 67 Order,,, 91 Memorandum of Law in Oppisition to Motion, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 70 Endorsed Letter,, 124 MOTION to File Amicus Brief. filed by American Legion,, 2 FIRST MOTION for Preliminary Injunction. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 47 MOTION for Summary Judgment , *Partial*. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 110 MOTION for Partial Summary Judgment *Supplemental Memorandum in Further Support*. filed by Department of Defense,, 3 MOTION for Preliminary Injunction. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 111 Declaration in Support, filed by Department of Defense,, 4 MOTION for Preliminary Injunction. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 112 Declaration in Support, filed by Department of Defense,, 167 Endorsed Letter, Set Scheduling Order Deadlines,,, 113 Declaration in Support, filed by Department of Defense,, 92 Counter Statement to Rule 56.1 filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 71 Endorsed Letter,, 72 MOTION for Summary Judgment. filed by Central Intelligence Agency,, Department of Defense,, 73 Rule 56.1 Statement filed by Central Intelligence Agency,, Department of Defense,, 74 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 5 Amended Complaint, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 48 MOTION for Partial Summary Judgment. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 150 Memorandum & Opinion,,, 125 Memorandum of Law in Support of Motion filed by American Legion,, 49 Endorsed Letter,, 6 Endorsed Letter, Set Scheduling Order Deadlines,,, 126 Order,,, 50 Memorandum & Opinion,,, 127 Memo Endorsement, 168 MOTION Order to Release Documents or Justify Exemption. filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians

for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 128 Memorandum of Law in Oppisition to Motion, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 114 Memorandum of Law in Support filed by Department of Defense,, 169 Order,,,, 115 Declaration in Support filed by Department of Defense,, 21 Status Report, filed by Department of Defense,, 170 Endorsed Letter, Set Deadlines,,, 22 Status Report, filed by Department of Defense,, 23 Status Report, filed by Department of Defense,, 24 Status Report, filed by Department of Defense,, 25 Status Report, filed by Department of Defense,, 75 Declaration in Support of Motion, filed by Central Intelligence Agency,, Department of Defense,, 76 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 51 MOTION to Stay re: 50 Memorandum & Opinion,, *Pending Consideration of Appeal.* filed by Central Intelligence Agency,, 77 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 151 MOTION for Reconsideration re; 150 Memorandum & Opinion,,. filed by Central Intelligence Agency,, 52 Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 78 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 129 MOTION to Vacate 106 Order, *and for Access to Papers Filed by the Government in Support of Summary Judgment.* filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 53 MOTION for Reconsideration re; 50 Memorandum & Opinion,,. filed by Central Intelligence Agency,, 152 Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 7 Answer to Amended Complaint, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, Department Of Homeland Security,, 130 Memorandum of Law in Oppisition to Motion filed by Department of Defense,, 153 Order,, 131 Reply Memorandum of Law in Support of Motion filed by Department of Defense,, 171 Notice of Appeal, filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, Physicians for Human Rights,, Veterans for Common Sense,, Veterans for Peace,, 26 Status Report, filed by Department of Defense,, 27 Status Report, filed by Department of State,, 28 Status Report, filed by Department of State,, 29 Status Report, filed by Department Of Justice,, 116 Declaration in Support filed by Department of Defense,, 30 Status Report, filed by Department Of Justice,, 117 Declaration in Support filed by Department of Defense,, 93 Endorsed Letter,, 94 Reply Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 79 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 95 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 54 Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 80 Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 154 Memorandum of Law in Oppisition to Motion filed by Center for Constitutional Rights, Inc.,, American Civil Liberties Union,, 8 Memorandum of Law in Oppisition to Motion, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,,

| | | |
|---|---|---|
| | | Department of Defense,, Department Of Homeland Security,, 55 Declaration in Support of Motion filed by Central Intelligence Agency,, 81 Declaration in Support of Motion filed by Central Intelligence Agency,, Department of Defense,, 155 Order, 132 Reply Affirmation in Support of Motion filed by Department of Defense,, 56 Endorsed Letter,, 9 Declaration in Opposition to Motion, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, Department Of Homeland Security,, 156 Reply Memorandum of Law in Support of Motion filed by Central Intelligence Agency,, 57 Order on Motion to Stay, 133 Endorsed Letter, 134 Endorsed Letter,, 31 Certificate of Service Other, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, 32 Status Report, filed by Central Intelligence Agency,, Department of State,, Department Of Justice,, Department of Defense,, 33 Status Report, filed by Department Of Justice, were transmitted to the U.S. Court of Appeals. (tp, ) (Entered: 01/04/2006) |
| 01/10/2006 | 172 | ORDER: It is hereby ordered that DOD shall complete its processing of the FBI referrals by 2/15/2006, and the CIA referrals by 3/15/2006. All other rulings are set forth in this order. (Signed by Judge Alvin K. Hellerstein on 1/10/2006) (lb, ) (Entered: 01/10/2006) |
| 01/10/2006 | 173 | ORDER OF FINAL JUDGMENT FOR IMMEDIATE APPEAL pursuant to Fed. R. Civ. P. 54(b). (Signed by Judge Alvin K. Hellerstein on 1/10/06) (Attachments:, # 1 Notice of Right to Appeal)(ml, ) (Entered: 01/11/2006) |
| 01/13/2006 | 174 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Heather K. McShain dated 1/13/06; re: Government's opposition and any cross motion by 2/1/06; Plaintiffs' reply brief and any opposition papers by 3/1/06; Government's reply brief by 3/15/06. (Signed by Judge Alvin K. Hellerstein on 1/13/06) (sac, ) (Entered: 01/17/2006) |
| 01/25/2006 | | USCA SCHEDULING ORDER as to 166 Notice of Appeal filed by Department of the Army,, Department of Defense, USCA Case Number 05-6286-cv. Roseann B. MacKechnie, Clerk USCA. Appeal Record due by 2/15/2006. Appellant Brief due by 2/22/2006. Appellee Brief due by 3/24/2006. (nd, ) (Entered: 01/25/2006) |
| 02/02/2006 | 175 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Heather K. McShain dated 1/31/06 re: Application GRANTED. Government's response and cross-motion due 2/6/06; plaintiff's reply and opposition due 3/6/06; Government's reply due 3/20/06. (Signed by Judge Alvin K. Hellerstein on 2/2/06) (db, ) (Entered: 02/02/2006) |
| 02/02/2006 | | Set/Reset Deadlines as to 159 SECOND MOTION for Partial Summary Judgment. Responses due by 2/6/2006 Replies due by 3/6/2006. (db, ) (Entered: 02/02/2006) |
| 02/02/2006 | | Set/Reset Deadlines: Cross Motions due by 3/6/2006. (db, ) (Entered: 02/02/2006) |
| 02/06/2006 | 176 | MOTION for Summary Judgment. Document filed by Federal Bureau Of |

| | | |
|---|---|---|
| | | Investigation. Responses due by 3/6/2006 (McShain, Heather) (Entered: 02/06/2006) |
| 02/06/2006 | 177 | RULE 56.1 STATEMENT. Document filed by Federal Bureau Of Investigation. (McShain, Heather) (Entered: 02/06/2006) |
| 02/06/2006 | 178 | DECLARATION of Fourth Declaration of David M. Hardy in Support re: 176 MOTION for Summary Judgment.. Document filed by Federal Bureau Of Investigation. (Attachments: # 1 # 2)(McShain, Heather) (Entered: 02/06/2006) |
| 02/06/2006 | 179 | MEMORANDUM OF LAW in Support re: 176 MOTION for Summary Judgment. *and in Opposition to Plaintiffs' Second Motion for Partial Summary Judgment*. Document filed by Federal Bureau Of Investigation. (McShain, Heather) (Entered: 02/06/2006) |
| 02/06/2006 | 180 | CERTIFICATE OF SERVICE of Notice of Motion, 56.1 Statement, Fourth Hardy Declaration and exhibits, FBI's Memorandum of Law in Opposition to Plaintiffs' Second Motion for Partial Summary Judgment and In Support of FBI's Cross-Motion for Partial Summary Judgment served on Lawrence Lustberg, Esq. on February 6, 2006. Service was made by Federal Express. Document filed by Federal Bureau Of Investigation. (McShain, Heather) (Entered: 02/06/2006) |
| 03/03/2006 | 181 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Heather K. McShain dated 2/23/2006 re: a request that paragraph 7 of the defendant FBI's Statement pursuant to Local Rule 56.1 be withdrawn. ENDORSEMENT: SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 3/3/2006) (kco, ) (Entered: 03/06/2006) |
| 03/03/2006 | 182 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Megan Lewis dated 3/1/2006 re: a request for additional time to respond to the motion for partial summary judgment. Responses due by 3/17/2006. Replies due by 3/31/2006. ENDORSEMENT: SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 3/3/2006) (kco, ) (Entered: 03/06/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/07/2006 19:20:27 | | |
| **PACER Login:** dj0009 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** 1:04-cv-04151-AKH | |
| **Billable Pages:** 24 | **Cost:** 1.92 | |