**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0096 (HHK) |
| **AMERICAN CIVIL LIBERTIES UNION,** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0214 (HHK) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Meredith Fuchs as counsel in these consolidated cases for the National Security Archive Fund, Inc.

Respectfully submitted,

/S/_____
MEREDITH FUCHS
The National Security Archive Fund, Inc.
The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Counsel for Plaintiff
National Security Archive