IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0096 (HHK) |
| **DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |
| **AMERICAN CIVIL LIBERTIES UNION, *et al.*,** | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0214 (HHK) |
| **DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff Electronic Privacy Information Center ("EPIC") respectfully gives notice to the Court that it is substituting Marc Rotenberg in place of David L. Sobel as attorney of record in the above-captioned proceeding.

Dated: May 15, 2006            Respectfully submitted,


/s/_____
MARC ROTENBERG
D.C. Bar No. 422825

ELECTRONIC PRIVACY INFORMATION
      CENTER

1

1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140

Counsel for Plaintiff Electronic Privacy
Information Center