# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civil Action No. 06-0096 (HHK) <br> ) |
| **DEPARTMENT OF JUSTICE,** | ) <br> ) |
| Defendant. | ) <br> ) |
| **AMERICAN CIVIL LIBERTIES UNION, *et al.*,** | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 06-0214 (HHK) <br> ) |
| **DEPARTMENT OF JUSTICE,** | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Marcia Hofmann hereby withdraws as co-counsel for plaintiff Electronic Privacy Information Center in the above-captioned proceeding.

Respectfully submitted,

/s/_____
MARCIA HOFMANN
D.C. Bar No. 484136

MARC ROTENBERG
D.C. Bar No. 422825

ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140

Counsel for Plaintiff