# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0096 ECF |
| **DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE of the withdrawal of the undersigned, David L. Sobel, as co-counsel for the plaintiff in the above-captioned action.

Respectfully submitted,

/s/_____
DAVID L. SOBEL
D.C. Bar No. 360418

1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140