UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendant. | Civil Action No. 06 cv 0214 (HHK) |

### DECLARATION OF NASRINA BARGZIE

Pursuant to Local Rule 83.2(d), I, Nasrina Bargzie, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Nasrina Bargzie.

2. I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-549-2517.

3. I was admitted by examination to the State Bar of California in December 2005 and remain a member in good standing.

4. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 13th day of September, 2006.

_____
NASRINA BARGZIE