UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br>                Plaintiff, <br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>        Defendant. | No. 06-cv-0096(HHK) |
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br>                Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>        Defendant. | No.06-cv-0214 (HHK) <br><br><br> **CONSOLIDATED CASES** |

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time in Which to File their Opposition to the Defendant's Motion for Summary Judgment and their Cross-Motions for Summary Judgment, it is hereby

ORDERED that plaintiffs' Motion is granted, and Plaintiffs shall have until October 13, 2006, in which to file their Opposition to the Defendant's Motion for Summary Judgment and their Cross-Motions for Summary Judgment in the above-captioned consolidated cases.

September _____, 2006.

_____

Henry H. Kennedy
United States District Judge