UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | No. 06-cv-0214 (HHK) |

### MOTION OF CATHERINE CRUMP TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6(c), Catherine Crump hereby moves to withdraw as one of plaintiffs' counsel in this action, on the following grounds:

1. Ms. Crump became counsel in this matter, along with Ann Beeson, on February 8, 2006, by applying for admission *pro hac vice*.

2. On September 13, 2006, Nasrina Bargzie of the American Civil Liberties Union Foundation applied for admission *pro hac vice* as an additional attorney for plaintiffs. Nasrina Bargzie will be assuming all of Catherine Crump's responsibilities in this case.

3. In addition to Nasrina Bargzie, Ann Beeson of the American Civil Liberties Union Foundation located in New York, and Arthur Spitzer of the American Civil Liberties Union of the National Capitol Area in Washington, D.C., will continue to represent the plaintiffs in this case.

4. The plaintiffs have no objection to Ms. Crump's withdrawal and her withdrawal will not delay the case or cause prejudice to any party.

Wherefore the motion should be granted. A proposed order is filed herewith.

Respectfully submitted,

/s/ *Catherine Crump*
Catherine Crump
American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004
Phone: (212) 549-7806
Fax: (212) 549-2651


/s/ *Arthur B. Spitzer*
Arthur B. Spitzer
  D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, D.C. 20036
Phone:  (202) 457-0800
Fax: (202) 452-1868

Counsel for Plaintiffs

September 28, 2006