UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION,
*et al.*,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
    JUSTICE,

        Defendant.

No. 06-cv-0214 (HHK)

## MOTION OF ANN BEESON TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.6(c), Ann Beeson moves to withdraw as one of plaintiffs' counsel in this action. In support of this motion, she shows as follows:

1. She became counsel in this case on February 9, 2006, when this Court granted her motion for admission *pro hac vice*. She was at that time employed as an attorney for the American Civil Liberties Union Foundation.

2. On May 4, 2007, she left her position at the American Civil Liberties Union Foundation. On May 30, 2007, she will begin her new employment as Director of U.S. Programs for the the Open Society Institute. In that capacity she will no longer be representing clients.

3. Plaintiffs will continue to be represented by their other counsel, Nasrina Bargzie of the American Civil Liberties Union Foundation (admitted *pro hac vice*), Arthur Spitzer of the American Civil Liberties Union of the National Capitol Area, and Meredith Fuchs of the National Security Archive.

Wherefore the motion should be granted.

A proposed ordr is filed herewith.

>Respectfully submitted,
>
>/s/ *Ann Beeson*
>Ann Beeson
>American Civil Liberties Union Foundation
>125 Broad St., 18th Floor
>New York, NY 10004
>Phone: (212) 549-7806
>Fax: (212) 549-2651
>
>
>/s/ *Arthur B. Spitzer*
>Arthur B. Spitzer
>   D.C. Bar No. 235960
>American Civil Liberties Union
>   of the National Capital Area
>1400 20th Street, N.W., Suite 119
>Washington, D.C. 20036
>Phone: (202) 457-0800
>Fax: (202) 452-1868
>
>Counsel for Plaintiffs

May 19, 2007