# EXHIBIT B

DATE: 11/20/07
CLASSIFIED BY: 65179 DMH/PCB/JAC
REASON: 1.4( C )
DECLASSIFY ON: 11/20/2032

TOP SECRET

RSM Program Log

Monday, 3/1/04:

1700: Meeting with Comey in his office. (TS)     b1 b5

Tuesday, 3/9/04:

(TS) 1000: Meeting with Fedarcyk, Pistole, Caproni (and perhaps Wainstein and Gebhardt).     b1 b5

1200: Meeting at Card's office. VP, McLaughlin, Hayden, Gonzales and others present. (TS)     b1 b5 b6 b7C

1600: Meeting at Card's office with Comey, attorneys from OLC, VP, Card, Gonzales, Hayden and others. (TS)     b1 b5

Wednesday, 3/10/04:

@1920: Called by DAG while at restaurant with wife and daughter. He is at AG's hospital with Goldsmith and Philbin. Tells me Card and J. Gonzales are on the way to hospital to see the AG, but that AG is in no condition to see them, much less make decision to authorize continuation of the program. Asks me to come to AG's hospital to witness condition of AG.

@1940: At hospital. Card and J. Gonzales have come and gone. Comey tells me that they saw the AG and were told by the AG that he was in no condition to decide issues, and that Comey was the Acting AG. All matters were to be taken to him, but that he supported the Acting AG's position. The AG then reviewed for them the legal concerns relating to the program. The AG also told them that he was barred from obtaining the advice he needed on the program by the strict compartmentalization rules of the WH. Comey asked me to meet briefly with the AG to see his condition. He also asked that I inform the detail that no visitors, other than family, were to be allowed to see the AG without my consent. (I so informed the detail.)

H:\RSM_Docs\Miscellaneous\Program.wpd
March 12, 2004 (4:08PM)

1



TOP SECRET

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE



FBI 9

TOP SECRET

@2010: Saw AG. Janet Ashcroft in the room. AG in chair, is feeble, barely articulate, clearly stressed.

@2020: Departed the hospital.

Thursday, 3/11/04:

1200: Meeting at Card's office with him at his request. (TS)

[redacted] b1 b5

1240: Stopped by J. Gonzales' office after meeting with Card. (TS)

H:\RSM_Docs\Miscellaneous\Program.wpd
March 12, 2004 (4:08PM)

2

TOP SECRET

TOP ~~SECRET~~

(TS)
b1 b5  1315: Meeting with Comey, et al., at his office. ██████████

(TS)
b1 b5  1450: Telephone call from J. Gonzales ██████████

Friday, 3/12/04:

b1 b5 (TS)  0945: The President called me into the side office off the Oval Office after we had concluded our morning briefing of him ██████████

(TS) ██████████

b1 b5 ██████████

(TS) ██████████

b1 b5 ██████████

(TS) ██████████

b1 b5 ██████████

(TS) ██████████

b1 b5 ██████████

H:\RSM_Docs\Miscellaneous\Program.wpd
March 12, 2004 (4:08PM)

3

TOP ~~SECRET~~

TOP S̶E̶CRET

(TS) [redacted b1 b5]

(TS) [redacted]

(TS) [redacted]

(TS) @1045: Met with Comey and others at DOJ [redacted]

(TS) 1650: Called Judge Gonzales [redacted]

(TS) 1700: Met with Comey and others [redacted]

(TS) 1845: Called Judge Gonzales [redacted]

Saturday, 3/13/04:

(TS) 0955: Called General Hayden [redacted]

Sunday, 3/14/04:

(TS) 1500: Meeting at DOJ with Comey, et al. [redacted]

(TS) 1820: Called Comey [redacted]

(TS) 1845: Called Gonzales [redacted]

Monday, 3/15/04:

(TS) 0850: Discussed issues with Tenet after morning briefing in Sit Room. [redacted]

(TS) @0930: Called Comey [redacted]

TOP SECRET

Tuesday, 3/16/04:

1345: Call from Judge Gonzales ▓▓▓ (TS)

b1
b5

1840: Call from Comey ▓▓▓ (TS)

b1
b5

@2000: Call at home from Judge Gonzales ▓▓▓ (TS)

b1
b5

2030: Comey called ▓▓▓ (TS)

b1
b5

Wednesday, 3/17/04:

1105: Comey called ▓▓▓ (TS)

b1
b5

Tuesday, 3/23/04:

1200: Meeting with Vice President at his request in his Office ▓▓▓ (TS)

b1
b5

H:\RSM_Docs\Miscellaneous\Program.wpd
March 12, 2004 (4:08PM)

5

TOP SECRET

# March 01, 2004
Monday

TOP ~~SECRET~~

March 2004 / April 2004

| 7 am | ████████████ |
|---|---|
| | outside of scope |
| 8:00 | DATE: 1/26/2007 |
| | CLASSIFIED BY: 65179 DMH/PLB/JAC |
| | REASON: 1.4 (C) |
| 9:00 | DECLASSIFY ON: 10/20/2032 |
| 10:00 | ████████████████ |
| | ⌉ |
| 11:00 | outside |
| | ████████████ of |
| 12 pm | scope |
| | ⌋ |
| 1:00 | |
| 2:00 | ████████████████████ |
| | ⌉ |
| 3:00 | ████████████████ b6 |
| | ████████████ b7C |
| 4:00 | outside |
| | ████ of scope |
| | ⌋ |
| 5:00 | 5:00pm-5:45pm Meet w/ DAG Comey |
| 6:00 | |
| 7:00 | ALL INFORMATION CONTAINED HEREIN IS UNCLASSIFIED EXCEPT WHERE SHOWN OTHERWISE |
| 8:00 | |

TOP ~~SECRET~~

MUELLER, ROBERT S. III      1      3/12/2004

FBI 10

TOP S̶E̶CRET

# March 09, 2004
Tuesday

March 2004 | April 2004

- 7am ▮▮▮▮ — outside of scope
- 8:00
- 9:00 ▮▮▮▮ — outside of scope
- 10:00 Meet w/ Pistole, Fedarcyk & Caproni
- 11:00
- 12pm 12:00pm-12:45pm Meet w/ Vice President, Andy Card, Judge Gonzalez, General Hayden & DDCI
- 1:00
- 2:00 ▮▮▮▮ — outside of scope
- 3:00
- 4:00 4:00pm-4:45pm Meet w/ VP, Andy Card, Judge Gonzalez, General Hayden & DDCI
- 5:00 ▮▮▮▮ — outside of scope
- 6:00
- 7:00
- 8:00

TOP S̶E̶CRET

MUELLER, ROBERT S. III        1        3/12/2004

TOP ~~SECRET~~

# March 10, 2004
Wednesday

|     | March 2004 | April 2004 |
|-----|------------|------------|
|     | S M T W T F S | S M T W T F S |
| 10  | 1 2 3 4 5 6 | 1 2 3 |
| 11  | 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 12  | 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 13  | 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 14  | 28 29 30 31 | 25 26 27 28 29 30 |

- 7 am ████████████
- 8 00
- 9 00 ████████████████████████
- 10 00 ████████████████████████
- 11 00 ████████████████████
- 12 pm                                    OUTSIDE
- ████████████                              OF SCOPE
- 1 00 ████████████████
- 2 00 ████████████████████
- 3 00
- 4 00
- 5 00 ██████████
- 6 00
- 7 00 Dinner
- 8 00

TOP ~~SECRET~~

MUELLER, ROBERT S. III                    1                              3/12/2004

TOP S~~E~~CRET

# March 11, 2004
Thursday

March 2004
S M T W T F S
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

April 2004
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

- 7 am ▮▮▮▮▮▮▮▮▮▮ — OUTSIDE OF SCOPE
- 8:00
- 9:00
- 10:00
- 11:00 ▮▮▮▮▮ — OUTSIDE OF SCOPE
- 12 pm Meet w/ Andy Card
- 1:00 Meet w/ DAG Comey
- 2:00
- 3:00 ▮▮▮▮▮▮▮▮▮▮ — OUTSIDE OF SCOPE
- 4:00
- 5:00 ▮▮▮▮ — OUTSIDE OF SCOPE
- 6:00
- 7:00
- 8:00

TOP ~~SECRET~~

MUELLER, ROBERT S. III    1    3/12/2004

**TOP SECRET**

# March 12, 2004
Friday

March 2004
April 2004

| Time | Entry |
|---|---|
| 7 am | 7:15am-9:15am AM Briefings |
| 8:00 | |
| 9:00 | ▇▇▇▇▇ – OUTSIDE OF SCOPE |
| 10:00 | |
| 11:00 | |
| 12 pm | |
| 1:00 | |
| 2:00 | |
| 3:00 | |
| 4:00 | |
| 5:00 | ▇▇▇▇▇ – OUTSIDE OF SCOPE |
| 6:00 | |
| 7:00 | ▇▇▇▇▇ – OUTSIDE OF SCOPE |
| 8:00 | |

**TOP SECRET**

MUELLER, ROBERT S. III    1    3/12/2004

TOP S~~E~~CRET

3/4/04 Notes

0715 AM Briefing

(TS) [REDACTED] b1 b5

(TS) [REDACTED] b1 b5 b6 b7A b7C

0930 EAD/A:D

(TS) [REDACTED] b1 b5

1000

(TS) [REDACTED] b1 b5

TOP S~~E~~CRET

TOP ~~S~~ECRET

1700 W/hr — ~~Body Email~~ ████████ [b1 b5]
(TS)

[b1 b5] ███ ████████ [b1 b5] ████████
(TS)                              (TS)

████████
(TS)

(TS)
████████ [b1 b5]

[b1 b5] ████████
         [b1 b5 b6 b7A b7C]
(TS)

████████ [b1 b5]
(TS)

[b1 b5] ████████
(TS)

TOP ~~S~~ECRET

TOP ~~S~~ECRET

1C20  H/H
(TS) ███████████ DAG/OLC

(TS) ███████████

DAG
(TS) ███████████

17/S
(TS) ███████████  b1 b5 b6 b7A b7C

b1 b5

TOP ~~S~~ECRET



TOP ~~SECRET~~

2/10/04

[redacted] b1

(TS)  1915  Called by DAG while
at the Colos w/ Ami & Lyn
- DAG - Cal + Gonzales on
  way to Hosp
- AG not competent
- DAG timing of problem
  of Goldsmith
  begin to discuss

@ 1940  at Hospital
- DAG - Card + Gonzales already
  come + gone
- AG told them - was aware
  of issues. DAG advisors
  supported DOJ's position
- AG "had been walked off
  from adam"
  labored...
① see AG's condition
② doesn't detail not to let
  persons - other than family -
  in without his say so.

- AG: - w/ Janet &
  - in chair, ~~futily~~ feeble
    barely articulate, clearly
    stressed.

@ 2020  depart hospital.

TOP ~~SECRET~~

TOP SECRET

3/11/04 Notes

0715 AM Briefing

(TS) [redacted] b1 b5

(TS) [redacted] b1 b5 b6 b7C

1700 Call
— 3/10 Ro[?]
b1  0:40
b5  V/P
—
(TS) [redacted]    (TS) [redacted]

Everyone — Pres → A.G.
↑ Hospital

Comey — ustg

b1
(TS) [redacted]

TOP SECRET

TOP SECRET

@1:40 T/E Gonzales
(TS) [redacted] b1

@1:45 Carey — DSG

@2:50 T/E Gonzales
(TS) [redacted] b1 b5

TOP SECRET

TOP S~~E~~CRET

3/12/04 Notes
@ OLC Pres---

(TS) ████████████████ b1 b5

6/16/4 TBD 6/16 w/ Comey

(TS) ████ b1 b5

(TS) ████████████ b1 b5

(TS) ████████████ b1 b5

A. Gonzales

TOP S~~E~~CRET