IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>_____)<br>)<br>AMERICAN CIVIL LIBERTIES UNION, et al.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>_____) | Civil Action No. 06-0096 (HHK)<br><br><br><br><br><br>Civil Action No. 06-00214 (HHK)<br><br><br><br>**CONSOLIDATED CASES** |

[PROPOSED] ORDER

The Court, having fully considered the Defendant's Motion for an Extension of Time in Which to File its Opposition to Plaintiffs' Renewed Motion for *In Camera* Review and its Reply Brief in Support of its Pending Renewed Motion for Summary Judgment, and any opposition thereto, finds defendant's Motion to be well-taken and hereby ORDERS that defendant's Motion is granted.  Defendant shall have through and including January 30, 2008, in which to file its opposition brief to plaintiffs' Renewed Motion for *In Camera* Review (Docket No. 57), and in support of its pending Renewed Motion for Summary Judgment (Docket No. 50, as supplemented by Docket No. 54). in the above-captioned consolidated cases.

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE