UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 06-cv-0214 (HHK) |

[Proposed] **ORDER**

Upon consideration of the motion of Nasrina Bargzie to withdraw as one of plaintiffs' counsel in this action, it appearing that plaintiffs continue to be represented by other counsel and that Ms. Bargzie's withdrawal will cause no prejudice to any party, it is hereby

ORDERED that the motion is granted.

Date: _____

_____
Henry H. Kennedy
United States District Judge