# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 06-0096 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 06-00214 (HHK)<br><br>**CONSOLIDATED CASES** |

## NOTICE OF LODGING OF CLASSIFIED DOCUMENTS
## FOR *IN CAMERA* REVIEW

Defendant Department of Justice, through its undersigned counsel, hereby provides notice that, in accordance with the Court's October 31, 2008 Order, it is lodging the following classified documents for the Court's *in camera, ex parte* review:

(1) OLC 16/ODAG 38, OLC 54/ODAG 1/OIPR 28, OLC 59/OIPR 29, OLC 62/ODAG 52, OLC 85, OLC 129/ODAG 6, OLC 131/ODAG 2/OIPR 37/FBI 51, OLC 132/ODAG 5, OLC 113/FBI 42, and ODAG 42.[1]

---

[1] For each of the ten above-identified documents Defendant has attached one copy of the final, signed document. The Court recognized in its Memorandum Opinion and Order of September 5, 2007, that "drafts, notes, and comments by OLC staff" are "either uncontested or exempted" and that "OLC has sufficiently identified the predecisional and deliberative aspects of

(2) Supplemental *In Camera, Ex Parte* Declaration of Steven G. Bradbury, Principal Deputy Assistant Attorney General, Department of Justice Office of Legal Counsel.

Each of these documents is classified pursuant to Executive Order 12958, 60 Fed. Reg. 19825 (Apr. 17, 1995), as amended by Executive Order 13292, 68 Fed. Reg. 15315 (Mar. 25, 2003), and cannot be disclosed without proper authorization.  These documents have been lodged for secure storage and transmission to the Court with the United States Department of Justice, Litigation Security Group, 20 Massachusetts Avenue, N.W., 5th Floor, Washington, D.C., (202) 514-9016.  A redacted form of the Supplemental Bradbury Declaration is attached to Defendant's Supplemental Memorandum in Support of Its Renewed Motion for Summary Judgment, filed this date on the public record.

---

these records." *Elec. Privacy Info. Ctr. v. DOJ*, 511 F. Supp. 2d 56, 70 (2007).  With respect to OLC legal opinions, the Court recognized only "final OLC memoranda" as remaining at issue. *Id.*  Should the Court wish to review additional copies of the ten above-identified documents and the handwritten notes and marginalia thereupon, Defendant will submit them promptly.

        Respectfully submitted,

        GREGORY G. KATSAS
        Assistant Attorney General
        Civil Division

        JEFFREY A. TAYLOR
        United States Attorney

        JOSEPH H. HUNT
        Director, Federal Programs Branch

        JOHN R. TYLER
        Assistant Director, Federal Programs Branch

        */s/ Caroline Lewis Wolverton*
        _____
        CAROLINE LEWIS WOLVERTON
        D.C. Bar No. 496433
        Trial Attorney
        Federal Programs Branch, Civil Division
        United States Department of Justice
        P.O. Box 883, 20 Massachusetts Ave., N.W.
        Washington, D.C.  20530
        Tel: (202) 514-0265
        Fax: (202) 616-8202
        Email: caroline.lewis-wolverton@usdoj.gov

Dated:  November 17, 2008