UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., Plaintiffs, v. UNITED STATES DEPARTMENT OF JUSTICE, Defendant. | Civil Action 06-214 (HKH) |
| ELECTRONIC PRIVACY INFORMATION CENTER, Plaintiff, v. DEPARTMENT OF JUSTICE Defendant. | Civil Action 06-096 (HKH) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), Meredith Fuchs withdraws her appearance as counsel of record for the National Security Archive. Other counsel have already made their appearance in the above captioned cases. Consent to this withdrawal has been obtained from Plaintiff. No trial is set in this matter.

Respectfully submitted this 18th Day of March, 2010,

_____
Meredith Fuchs

Consent: _____
Thomas Blanton, Authorized Representative of the National Security Archive