UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | No. 1:06-CV-96 (HHK) |
| AMERICAN CIVIL LIBERTIES UNION et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant. | No. 1:06-CV-214 (HHK)<br><br>**CONSOLIDATED CASES** |

**JOINT PROPOSED STIPULATION REGARDING
PROCESSING OF OFFICE OF LEGAL COUNSEL MEMORANDA**

On October 31, 2008, this Court ordered Defendant Department of Justice ("DOJ") to submit ten memoranda of the Office of Legal Counsel ("OLC") to the Court for *in camera* review to determine the propriety of the DOJ's withholding of those documents. *Elec. Privacy Info. Ctr. v. Dep't of Justice*, 584 F. Supp. 2d 65, 83 (D.D.C. 2008). On September 15, 2009, Plaintiffs submitted a supplemental memorandum to the Court, noting the recent disclosure by the DOJ of a report prepared by the Offices of the Inspectors General of several agencies that, Plaintiffs maintained, pertained to the Court's *in camera* review of the ten OLC memoranda. (dkt. no. 70). The DOJ responded to Plaintiffs' submission on December 17, 2009 by

committing to review four of the ten OLC memoranda to determine whether, in light of the recently released report, "disclosure of any segregable portions of the memoranda is required or appropriate." (dkt. no. 47).

The DOJ's review of the four memoranda is not yet complete. The parties hereby stipulate, subject to approval by the Court, that the DOJ will complete its review of the four memoranda and disclose any segregable portions by March 18, 2011.

| | |
|---|---|
| January 14, 2011 | Respectfully submitted, |
| | |
| RONALD C. MACHEN | */s/ Marc Rotenberg* |
| United States Attorney | Marc Rotenberg (DC Bar No. 422825) |
| | John Verdi (DC Bar No. 495764) |
| JOSEPH H. HUNT | Electronic Privacy Information Center |
| Director, Federal Programs Branch | 1718 Connecticut Avenue, N.W., Suite 200 |
| | Washington, DC 20009 |
| ELIZABETH J. SHAPIRO | (202) 483-1140 (telephone) |
| Deputy Director, Federal Programs Branch | (202) 483-1248 (facsimile) |
| | |
| */s/ Marcia Berman* | */s/ Arthur B. Spitzer* |
| MARCIA BERMAN | Arthur B. Spitzer (DC Bar No. 235960) |
| PA Bar No. 66168 | American Civil Liberties Union |
| Senior Counsel | of the Nation's Capital |
| Federal Programs Branch, Civil Division | 1400 20th Street, N.W., Suite 119 |
| United States Department of Justice | Washington, DC 20036 |
| 20 Massachusetts Ave., N.W., Rm. 7132 | (202) 457-0800 (telephone) |
| Washington, D.C. 20530 | (202) 452-1868 (facsimile) |
| Overnight Mail Zip Code 20001 | |
| Tel: (202) 514-2205 | Alexander A. Abdo (pro hac vice) |
| Fax: (202) 616-8470 | Jameel Jaffer (pro hac vice) |
| Email: marcia.berman@usdoj.gov | 125 Broad Street, 18th Floor |
| | New York, NY 10004 |
| *Counsel for Defendant* | (212) 549-2517 (telephone) |
| | (212) 549-2654 (facsimile) |
| | |
| | *Counsel for Plaintiffs* |

**SO ORDERED.**

Dated: _____

                                                                         Henry H. Kennedy, Jr.
                                                                         United States District Judge