**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **NO. 1:06-CV-96 (RCL)** |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) ) | |

|  |  |  |
|---|---|---|
| **AMERICAN CIVIL LIBERTIES UNION** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **NO. 1:06-CV-214 (RCL)** |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

For the reasons set forth in an accompanying Memorandum filed this date, the second

Motion for Summary Judgment filed by defendant United States Department of Justice is hereby

GRANTED.  All non-exempt documents have been produced.

This case is hereby dismissed with prejudice.

It is so ordered.

Signed by Royce C. Lamberth, U.S. District Judge, on March 31, 2014.